12/06/10 3:29PM

**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>District of Nevada | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ad Systems Communications Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA NanoAsia Ltd.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**35-2372913** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**495 State Street, Suite 459**<br>**Salem, OR**<br>ZIP Code **97301** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Marion** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Ad Systems Communications Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ad Systems Communications Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Samuel A. Schwartz. Esq.**
Signature of Attorney for Debtor(s)

**Samuel A. Schwartz. Esq. 10985**
Printed Name of Attorney for Debtor(s)

**The Schwartz Law Firm**
Firm Name

**701 E. Bridger Avenue, Suite 120**
**Las Vegas, NV 89101**

Address

**Email: sam@schwartzlawyers.com**
**(702) 385-5544  Fax: (702) 385-2741**
Telephone Number

**December  6, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ J. Michael Heil**
Signature of Authorized Individual

**J. Michael Heil**
Printed Name of Authorized Individual

**CEO/Chairman of the Board**
Title of Authorized Individual

**December  6, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

District of Nevada

In re  Ad Systems Communications, Inc.        ,        )        Case No. _____

            Debtor                                                    )
                                                                              )
                                                                              )        Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  0001452206  .

2. The following financial data is the latest available information and refers to the debtor's condition on 12/3/2010 .

   a. Total assets                                                                $    404,586.00
   b. Total debts (including debts listed in 2.c., below)    $    3,772,330.20

   c. Debt securities held by more than 500 holders:                                         Approximate number of holders:

   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____
   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____
   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____
   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____
   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____

   d. Number of shares of preferred stock                      _____
   e. Number of shares common stock                              490,000,000

   Comments, if any:
   Common stock shares: 490,000,000 - authorized; 316,800 - outstanding

3. Brief description of debtor's business:
Ad Systems Communications, Inc. is engaged in the business of developing, manufacturing, selling and managing advertisement insertion hardware and software systems and services.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
Joseph M. Heil, Robert N. Jones

## ACTION BY WRITTEN CONSENT OF THE
## SHAREHOLDERS OF AD SYSTEMS COMMUNICATIONS, INC.

The undersigned, constituting a majority of the voting power of the shareholders (the "**Shareholders**") of AD Systems Communications, Inc., a Nevada corporation (the "**Company**"), hereby consent to and take the following action:

> RESOLVED, that the Shareholders of the Company hereby authorize, direct and empower Joseph M. Heil to act for and on behalf of the Company, to execute and deliver all documents necessary or appropriate, and to take all such other actions deemed necessary or appropriate to effectuate the Chapter 11 Bankruptcy filing of the Company including, but not limited to, the payment of any and all fees and expenses related thereto; and
>
> IT IS HEREBY FURTHER RESOLVED that Joseph M Heil is authorized and directed to take such further actions as may be necessary or appropriate to carry out the resolutions and directives identified herein, including the retention of The Schwartz Law Firm, Inc., as the Company's bankruptcy counsel and the payment of The Schwartz Law Firm, Inc.'s fees and expenses related to the Chapter 11 Bankruptcy case, the representation of the Company during the pendency of its Chapter 11 Bankruptcy case, and all other matters related thereto; and
>
> IT IS HEREBY FURTHER RESOLVED that any and all actions previously taken by Joseph M. Heil in connection with the subject matter of these resolutions are hereby approved, ratified and confirmed in all respects.

IN WITNESS WHEREOF, the below Shareholders, constituting a majority of the voting power of AD Systems Communications, Inc., do hereby execute this Action by Written Consent as of the date indicated below.

By: _____          12/03/10
    JOSEPH M. HEIL                              DATE
    President, Director & Shareholder

By: _____          _____
    ROBERT N. JONES                            DATE
    Secretary, Director & Shareholder

## ACTION BY WRITTEN CONSENT OF THE
## SHAREHOLDERS OF AD SYSTEMS COMMUNICATIONS, INC.

The undersigned, constituting a majority of the voting power of the shareholders (the "**Shareholders**") of AD Systems Communications, Inc., a Nevada corporation (the "**Company**"), hereby consent to and take the following action:

> RESOLVED, that the Shareholders of the Company hereby authorize, direct and empower Joseph M. Heil to act for and on behalf of the Company, to execute and deliver all documents necessary or appropriate, and to take all such other actions deemed necessary or appropriate to effectuate the Chapter 11 Bankruptcy filing of the Company including, but not limited to, the payment of any and all fees and expenses related thereto; and

> IT IS HEREBY FURTHER RESOLVED that Joseph M Heil is authorized and directed to take such further actions as may be necessary or appropriate to carry out the resolutions and directives identified herein, including the retention of The Schwartz Law Firm, Inc., as the Company's bankruptcy counsel and the payment of The Schwartz Law Firm, Inc.'s fees and expenses related to the Chapter 11 Bankruptcy case, the representation of the Company during the pendency of its Chapter 11 Bankruptcy case, and all other matters related thereto; and

> IT IS HEREBY FURTHER RESOLVED that any and all actions previously taken by Joseph M. Heil in connection with the subject matter of these resolutions are hereby approved, ratified and confirmed in all respects.

IN WITNESS WHEREOF, the below Shareholders, constituting a majority of the voting power of AD Systems Communications, Inc., do hereby execute this Action by Written Consent as of the date indicated below.

By: _____     _____
    JOSEPH M. HEIL                                                DATE
    President, Director & Shareholder

By: _____     12/3/10
    ROBERT N. JONES                                          DATE
    Secretary, Director & Shareholder

## ACTION BY WRITTEN CONSENT OF THE
## DIRECTORS OF AD SYSTEMS COMMUNICATIONS, INC.

The undersigned, constituting all the directors (the "**Directors**") of AD Systems Communications, Inc., a Nevada corporation (the "**Company**"), hereby consent to and take the following action:

> RESOLVED, that the Directors of the Company hereby authorize, direct and empower Joseph M. Heil to act for and on behalf of the Company, to execute and deliver all documents necessary or appropriate, and to take all such other actions deemed necessary or appropriate to effectuate the Chapter 11 Bankruptcy filing of the Company including, but not limited to, the payment of any and all fees and expenses related thereto; and

> IT IS HEREBY FURTHER RESOLVED that Joseph M Heil is authorized and directed to take such further actions as may be necessary or appropriate to carry out the resolutions and directives identified herein, including the retention of The Schwartz Law Firm, Inc., as the Company's bankruptcy counsel and the payment of The Schwartz Law Firm, Inc.'s fees and expenses related to the Chapter 11 Bankruptcy case, the representation of the Company during the pendency of its Chapter 11 Bankruptcy case, and all other matters related thereto; and

> IT IS HEREBY FURTHER RESOLVED that any and all actions previously taken by Joseph M. Heil in connection with the subject matter of these resolutions are hereby approved, ratified and confirmed in all respects.

IN WITNESS WHEREOF, the below Directors do hereby execute this Action by Written Consent as of the date indicated below.

By: _____        12/3/10
JOSEPH M. HEIL                                                    DATE
Director

By: _____        _____
ROBERT N. JONES                                                DATE
Director

## ACTION BY WRITTEN CONSENT OF THE
## DIRECTORS OF AD SYSTEMS COMMUNICATIONS, INC.

The undersigned, constituting all the directors (the "**Directors**") of AD Systems Communications, Inc., a Nevada corporation (the "**Company**"), hereby consent to and take the following action:

> RESOLVED, that the Directors of the Company hereby authorize, direct and empower Joseph M. Heil to act for and on behalf of the Company, to execute and deliver all documents necessary or appropriate, and to take all such other actions deemed necessary or appropriate to effectuate the Chapter 11 Bankruptcy filing of the Company including, but not limited to, the payment of any and all fees and expenses related thereto; and

> IT IS HEREBY FURTHER RESOLVED that Joseph M Heil is authorized and directed to take such further actions as may be necessary or appropriate to carry out the resolutions and directives identified herein, including the retention of The Schwartz Law Firm, Inc., as the Company's bankruptcy counsel and the payment of The Schwartz Law Firm, Inc.'s fees and expenses related to the Chapter 11 Bankruptcy case, the representation of the Company during the pendency of its Chapter 11 Bankruptcy case, and all other matters related thereto; and

> IT IS HEREBY FURTHER RESOLVED that any and all actions previously taken by Joseph M. Heil in connection with the subject matter of these resolutions are hereby approved, ratified and confirmed in all respects.

IN WITNESS WHEREOF, the below Directors do hereby execute this Action by Written Consent as of the date indicated below.

By: _____    _____
JOSEPH M. HEIL                                                    DATE
Director

By: _____    12/3/10
ROBERT N. JONES                                                   DATE
Director

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Ad Systems Communications Inc.**                                   Case No.
                                              Debtor(s)                        Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **J. Michael Heil**<br>**38888 Ridge Drive**<br>**Scio, OR 97374** | **J. Michael Heil**<br>**38888 Ridge Drive**<br>**Scio, OR 97374** | **Corporate loan** | | **500,000.00** |
| **MegAvail, Inc.**<br>**Attn: Paul Hauer**<br>**15223 S. Henrici Road**<br>**Oregon City, OR 97045-9513** | **MegAvail, Inc.**<br>**Attn: Paul Hauer**<br>**15223 S. Henrici Road**<br>**Oregon City, OR 97045-9513** | **Judgment Creditor** | | **2,670,330.20** |
| **Panos Industries, LLC**<br>**1350 East Flamingo Rd.**<br>**Las Vegas, NV 89119** | **Panos Industries, LLC**<br>**1350 East Flamingo Rd.**<br>**Las Vegas, NV 89119** | **Corporate loan** | | **502,000.00** |
| **R. Gordon Jones**<br>**1393 N. Bennett Circle**<br>**Farmington, UT 84025** | **R. Gordon Jones**<br>**1393 N. Bennett Circle**<br>**Farmington, UT 84025** | **CPA fees/Corporate loan** | | **100,000.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re  **Ad Systems Communications Inc.**  
                    Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the CEO/Chairman of the Board of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 6, 2010**      Signature **/s/ J. Michael Heil**  
                                                            **J. Michael Heil**  
                                                            **CEO/Chairman of the Board**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Ad Systems Communications Inc.
495 State Street, Suite 459
Salem, OR 97301

Samuel A. Schwartz. Esq.
The Schwartz Law Firm
701 E. Bridger Avenue, Suite 120
Las Vegas, NV 89101

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

IRS
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

J. Michael Heil
38888 Ridge Drive
Scio, OR 97374

MegAvail, Inc.
Attn: Paul Hauer
15223 S. Henrici Road
Oregon City, OR 97045-9513

Panos Industries, LLC
1350 East Flamingo Rd.
Las Vegas, NV 89119

R. Gordon Jones
1393 N. Bennett Circle
Farmington, UT 84025

SAALFELD GRIGGS PC
Randall P. Sutton, OSB
P.O. Box 470
Salem, OR 97308-0470