Samuel A. Schwartz, Esq.  
Nevada Bar No. 10985  
Bryan A. Lindsey, Esq.  
Nevada Bar No. 10662  
Schwartz Law Firm, Inc.  
701 E. Bridger Ave., Ste. 120  
Las Vegas, Nevada 89101  
Telephone: (702) 385-5544  
Facsimile: (702) 385-2741  
Proposed Attorneys for the Debtor  
And Debtor-in-Possession  

E-Filed: December 8, 2010

**THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | CASE NO.: 10-32725-BAM |
| ) | |
| Ad Systems Communications, Inc. ) | Chapter 11 |
| ) | |
| ) | Date of Hearing: January 18, 2011 |
| Debtor. ) | Time of Hearing: 10:00 a.m. |
| _____ ) | |

**NOTICE OF HEARING FOR APPLICATION FOR THE ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 327(a), 328, 329 AND 331 AND FED R. BANKR. P.2014 AND 2016 AUTHORIZING THE EMPLOYMENT AND RETENTION OF THE SCHWARTZ LAW FIRM, INC. AS ATTORNEYS FOR THE DEBTOR-IN-POSSESSION**

**TO:    ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES**

The Court, the Debtor, the Chapter 11 Trustee, and all creditors and parties in interest are hereby notified a hearing for the above-referenced Motion: Application for the Entry of An Order Authorizing the Employment and Retention of The Schwartz Law Firm, Inc. as Attorneys for the Debtor-in-Possession, (the **"Application"**).

Take further notice that any party who objects to the Debtor's Application must file a written objection pursuant to Local Rule 9014(d):

> Oppositions to a motion must be filed and service of the opposition must be completed on the movant no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported

1

        by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

If an objection is not timely filed and served, an order for the aforementioned motion and request for relief may be granted. LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

    1. The court may *refuse to allow you to speak* at the scheduled hearing; and
    2. The court may *rule against you* without formally calling the matter at the hearing.

WHEREFORE, notice is further given that hearing on said Application will be held before the Honorable United States Chief Bankruptcy Judge Bruce A. Markell, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV, 89101, Courtroom #3, on, January 18, 2011 at 10:00 a.m.

Dated this 8th day of December, 2010.

Respectfully Submitted,
/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
701 E. Bridger Ave., Ste. 120
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor
and Debtor-in-Possession

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via ELECTRONIC MAIL to the following on December 8, 2010:

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via REGULAR U.S. MAIL to the following on December 8, 2010:

| | |
|---|---|
| Dept of Employment, Training and Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713 | US Attorney<br>701 E. Bridger Avenue<br>Las Vegas, NV 89101 |
| IRS<br>P.O. Box 21126<br>DPN 781<br>Philadelphia, PA 19114 | Panos Industries, LLC<br>1350 East Flamingo Rd.<br>Las Vegas, NV 89119 |
| Nevada Dept of Taxation, BK Section<br>555 E. Washington Ave. #1300<br>Las Vegas, NV 89101 | R. Gordon Jones<br>1393 N. Bennett Circle<br>Farmington, UT 84025 |
| J. Michael Heil<br>38888 Ridge Drive<br>Scio, OR 97374 | SAALFELD GRIGGS PC<br>Randall P. Sutton, OSB<br>P.O. Box 470<br>Salem, OR 97308-0470 |
| MegAvail, Inc.<br>Attn: Paul Hauer<br>15223 S. Henrici Road<br>Oregon City, OR 97045-9513 | Clark County Assessor<br>500 South Grand Central Parkway<br>Las Vegas, NV 89155-1401 |
| | Clark County Treasurer<br>500 South Grand Central Parkway<br>P.O. Box 551220<br>Las Vegas, NV 89155-1220 |

/s/ Janine Lee
    Janine Lee