Samuel A. Schwartz, Esq.  
Nevada Bar No. 10985  
Bryan A. Lindsey, Esq.  
Nevada Bar No. 10662  
Schwartz Law Firm, Inc.  
701 E. Bridger Ave., Ste. 120  
Las Vegas, Nevada 89101  
Telephone: (702) 385-5544  
Facsimile: (702) 385-2741  
Proposed Attorneys for the Debtor  
And Debtor-in-Possession  

E-Filed: December 8, 2010

### THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

In re:

Ad Systems Communications, Inc.

                Debtor.

) CASE NO.: 10-32725-BAM  
)  
) Chapter 11  
)  
)  
) Date of Hearing: January 18, 2011  
) Time of Hearing: 10:00 a.m.  
)

### NOTICE OF HEARING FOR APPLICATION FOR THE ENTRY OF AN ORDER AUTHORIZING THE DEBTOR TO EMPLOY AND RETAIN KURTZMAN CARSON CONSULTANTS LLC AS NOTICE, CLAIMS AND SOLICITATION AGENT

TO:    ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES

The Court, the Debtor, the Chapter 11 Trustee, and all creditors and parties in interest are hereby notified a hearing for the above-referenced Motion: Application for the Entry of An Order Authorizing the Debtor to Employ and Retain Kurtzman Carson Consultants, LLC as Notice, Claims and Solicitation Agent (the **"Application"**).

Take further notice that any party who objects to the Debtor's Application must file a written objection pursuant to Local Rule 9014(d):

> Oppositions to a motion must be filed and service of the opposition must be completed on the movant no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

1

If an objection is not timely filed and served, an order for the aforementioned motion and request for relief may be granted. LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

WHEREFORE, notice is further given that hearing on said Application will be held before the Honorable United States Chief Bankruptcy Judge Bruce A. Markell, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV, 89101, Courtroom #3, on, January 18, 2011 at 10:00 a.m.

Dated this 8th day of December, 2010.

Respectfully Submitted,
/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
701 E. Bridger Ave., Ste. 120
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor
and Debtor-in-Possession

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via ELECTRONIC MAIL to the following on December 8, 2010:

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via REGULAR U.S. MAIL to the following on December 8, 2010:

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

IRS
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

J. Michael Heil
38888 Ridge Drive
Scio, OR 97374

MegAvail, Inc.
Attn: Paul Hauer
15223 S. Henrici Road
Oregon City, OR 97045-9513

US Attorney
701 E. Bridger Avenue
Las Vegas, NV 89101

Panos Industries, LLC
1350 East Flamingo Rd.
Las Vegas, NV 89119

R. Gordon Jones
1393 N. Bennett Circle
Farmington, UT 84025

SAALFELD GRIGGS PC
Randall P. Sutton, OSB
P.O. Box 470
Salem, OR 97308-0470

Clark County Assessor
500 South Grand Central Parkway
Las Vegas, NV 89155-1401

Clark County Treasurer
500 South Grand Central Parkway
P.O. Box 551220
Las Vegas, NV 89155-1220

 /s/ Janine Lee
       Janine Lee