Samuel A. Schwartz, Esq.  
Nevada Bar No. 10985  
Bryan A. Lindsey, Esq.  
Nevada Bar No. 10662  
Schwartz Law Firm, Inc.  
701 E. Bridger Ave., Ste. 120  
Las Vegas, Nevada 89101  
Telephone: (702) 385-5544  
Facsimile: (702) 385-2741  
Proposed Attorneys for the Debtors  
And Debtors-in-Possession  

E-Filed: December 9, 2010

**THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

In re:  

Ad Systems Communications, Inc.  

          Debtor.  

)  CASE NO.: 10-32725-BAM  
)  
)  Chapter 11  
)  
)  Date of Hearing: December 21, 2010  
)  Time of Hearing: 11:00 a.m.  
)

**NOTICE OF HEARING FOR FIRST DAY MOTION: MOTION FOR AN ORDER AUTHORIZING MAINTENANCE OF EXISTING BANK ACCOUNTS AND <u>RELATED RELIEF</u>**

**TO:   ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES**

The Court, the Debtor, the Chapter 11 Trustee, and all creditors and parties in interest are hereby notified a hearing on shortened time for the above-referenced First Day Motion: Motion for an Order Authorizing Maintenance of Existing Bank Accounts and Related Relief, (the **"Motion"**).

Take further notice that any party who objects to the Debtors' Motion must file a written objection pursuant to Local Rule 9006(c):

> Oppositions to a motion must be filed and service of the opposition must be completed on the movant no later than two (2) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported

by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

If an objection is not timely filed and served, an order for the aforementioned motion and request for relief may be granted. LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

WHEREFORE, notice is further given that hearing on shortened time for said Motion will be held before the Honorable United States Chief Bankruptcy Judge Bruce A. Markell, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV, 89101, Courtroom #3, on December 21, 2010 at 11.00 a.m.

Dated this 9th day of December, 2010.

Respectfully Submitted,
/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
701 E. Bridger Ave., Ste. 120
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtors
and Debtors-in-Possession

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing were sent via Electronic Mail on December 9, 2010, to the following:

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

I HEREBY CERTIFY that true and correct copies of the foregoing were sent via U.S. Certified Mail on December 9, 2010, to the following:

Wells Fargo Bank, N.A.
Attn: Officer or Director
P.O. Box 6995
Portland, OR 97228

U.S. Bank
Attn: Officer or Director
1316 N. Hwy 89
Farmington, UT 84025

/s/ Janine Lee
    Janine Lee