Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Schwartz Law Firm, Inc.
701 E. Bridger Ave., Ste. 120
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtors
And Debtors-in-Possession

E-Filed: December 9, 2010

# THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

In re:

Ad Systems Communications, Inc.

          Debtor.

)
)
)
)
)
)
)
)

CASE NO.: 10-32725-BAM

Chapter 11

Date of Hearing: December 21, 2010
Time of Hearing: 11:00 a.m.

## NOTICE OF HEARING FOR FIRST DAY MOTION: MOTION FOR AN ORDER GRANTING THE DEBTOR ADDITIONAL TIME WITHIN WHICH TO <u>MAIL NOTICES</u>

**TO:** ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES

The Court, the Debtor, the Chapter 11 Trustee, and all creditors and parties in interest are hereby notified a hearing on shortened time for the above-referenced First Day Motion: Motion for an Order Granting the Debtor Additional Time Within Which to Mail Notices, (the **"Motion"**).

Take further notice that any party who objects to the Debtors' Motion must file a written objection pursuant to Local Rule 9006(c):

> Oppositions to a motion must be filed and service of the opposition must be completed on the movant no later than two (2) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

1

If an objection is not timely filed and served, an order for the aforementioned motion and request for relief may be granted. LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

WHEREFORE, notice is further given that hearing on shortened time for said Motion will be held before the Honorable United States Chief Bankruptcy Judge Bruce A. Markell, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV, 89101, Courtroom #3, on December 21, 2010 at 11.00 a.m.

Dated this 9th day of December, 2010.

Respectfully Submitted,

/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
701 E. Bridger Ave., Ste. 120
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtors
and Debtors-in-Possession

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via ELECTRONIC MAIL to the following on December 9, 2010:

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via REGULAR U.S. MAIL to the following on December 9, 2010:

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

IRS
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

J. Michael Heil
38888 Ridge Drive
Scio, OR 97374

MegAvail, Inc.
Attn: Paul Hauer
15223 S. Henrici Road
Oregon City, OR 97045-9513

US Attorney
701 E. Bridger Avenue
Las Vegas, NV 89101

Panos Industries, LLC
1350 East Flamingo Rd.
Las Vegas, NV 89119

R. Gordon Jones
1393 N. Bennett Circle
Farmington, UT 84025

SAALFELD GRIGGS PC
Randall P. Sutton, OSB
P.O. Box 470
Salem, OR 97308-0470

Clark County Assessor
500 South Grand Central Parkway
Las Vegas, NV 89155-1401

Clark County Treasurer
500 South Grand Central Parkway
P.O. Box 551220
Las Vegas, NV 89155-1220

 /s/ Janine Lee
      Janine Lee