Samuel A. Schwartz, Esq.  E-Filed: March 21, 2011
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
701 East Bridger Avenue
Suite 120
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No.: 10-32725-BAM |
| | ) |
| AD Systems Communications, Inc., | ) Chapter 11 |
| | ) |
| Debtors. | ) Hearing Date: April 19, 2011 |
| | ) Time of Hearing: 10:00 a.m. |

**SECOND INTERIM STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED BY THE SCHWARTZ LAW FIRM, INC. AS ATTORNEYS FOR THE <u>DEBTOR FOR THE PERIOD FEBRUARY 1, 2011 THROUGH FEBRUARY 28, 2011</u>**

In accordance with the Administrative Order Pursuant to 11 U.S.C. §§ 105(a), 328 and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals (the "**Administrative Order**") granted by the Court November 10, 2010, The Schwartz Law Firm, Inc. ("**SLF**"), as attorneys for Ad Systems Communications, Inc., the Debtor in the above-captioned Chapter 11 case (the "**Debtor**"), submits this Statement of Services Rendered and Expenses Incurred (the "**Statement**") for the period of February 1, 2011 through February 28, 2011 (the "**Statement Period**").

**I.    STANDARDS FOR ALLOWANCE OF COMPENSATION**

1.    Under section 330(a)(1) of the Bankruptcy Code, the Court may award the Debtor's attorneys the reasonable compensation for all actual, necessary services rendered by

1

such attorneys and paraprofessionals employed by them based on the nature, extent and value of the services rendered, time spent on such services and the cost of comparable services other than in a bankruptcy case. The Court may also award reimbursement for all actual, necessary expenses incurred.

## II. THE ITEMIZATION OF SERVICES RENDERED BY SLF

2. The hours devoted to this case by the SLF professionals and paraprofessionals during the Statement Period, the hourly rate for each professional and paraprofessional and the resulting fees are itemized as set forth on **Exhibit 1**, attached hereto.

3. The time records of SLF submitted herewith, and incorporated herein, consist of a daily breakdown of the time spent by each SLF professional and paraprofessional on each day during the Statement Period. See **Exhibit 1**.

4. The blended hourly rate for all services rendered by SLF during the Service Period is $266.66.[1]

## III. ITEMIZATION OF SERVICES RENDERED AND DISBURSEMENTS MADE BY CATEGORY

### A. Services Rendered

5. SLF rendered services to the Debtors related to the general administration of the estate. A detailed itemization of the services rendered by SLF is set forth in **Exhibit 1**.

### B. Disbursements Made

6. Disbursements of $71.78 were made by SLF, as set forth in **Exhibit 1**, attached hereto.

---

[1] The blended hourly billing rate of $266.66 per hour is derived by dividing the total fees of $7,866.50 by the total hours of 29.50.

C. **Total Services Rendered and Disbursements**

7. The total services rendered and disbursements made are as follows:

Total Services: $7,938.28

D. **Amount Payable After Holdback**

8. The amount payable to SLF for the Statement Period, after adjusting for the ten percent (10%) holdback, is $7,151.63.[2]

9. Accordingly, SLF respectfully requests that said amount be paid pursuant to the Court's Administrative Order.

Respectfully Submitted,

/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
701 East Bridger Avenue
Suite 120
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtor
and Debtor in Possession

---

[2] The amount payable of $7,151.63 is calculated by adding ninety percent (90%) of the total fees to the total disbursements (i.e. ($7,866.50) (.90) + $71.78 = $7,151.63).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system on March 21, 2011, to the following:

THOMAS H. FELL on behalf of Creditor MEGAVAIL, INC.
BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com

KURTZMAN CARSON CONSULTANTS, LLC (tv)
ecfpleadings@kccllc.com, kchow@kccllc.com;redwards@kccllc.com;abrooks@kccllc.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

I HEREBY CERTIFY that true and correct copies of the foregoing were sent via U.S. Regular Postal Mail on March 21, 2011, to the following:

Ad Systems Communications, Inc.
495 State Street, Suite 459
Salem, OR 97301

Panos Industries, LLC
1350 East Flamingo Rd.
Las Vegas, NV 89119

Dept of Employment, Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

R. Gordon Jones
1393 N. Bennett Circle
Farmington, UT 84025

Nevada Dept of Taxation, BK Section
555 E. Washington Ave. #1300
Las Vegas, NV 89101

SAALFELD GRIGGS PC
Randall P. Sutton, OSB
P.O. Box 470
Salem, OR 97308-0470

J. Michael Heil
38888 Ridge Drive
Scio, OR 97374

Clark County Assessor
500 South Grand Central Parkway
Las Vegas, NV 89155-1401

MegAvail, Inc.
Attn: Paul Hauer
15223 S. Henrici Road
Oregon City, OR 97045-9513

Clark County Treasurer
500 South Grand Central Parkway
P.O. Box 551220
Las Vegas, NV 89155-1220

US Attorney
701 E. Bridger Avenue
Las Vegas, NV 89101

Associated Business Products
6955 Union Park Center
Midvale, UT 84047

Cane Clark, LLP
3273 Warm Springs Road
Las Vegas, NV 89120

Casey Gibson
585 Maple Court
Aumsville, OR 97325

Dave Allen
3835 Willowbrook Drive
Douglasville, GA 30135

David Carter
829 SE 165th Avenue
Portland, OR 97233

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Tony Lenzi
817 E. Knapp Street
Milwaukee, WI 53202

Speedpal Broadband, Inc.
P.O. Box 2167
Salem, OR 97308

Verizon Wireless
140 West Street
New York, NY 10007

Vintage Filings
150 W. 46th Street 6th Floor
New York, NY 10036

J&J Consultants, LLC
1393 N. Bennett Circle
Farmington, UT 84025

Martin Alcock Consulting
43 Citadel Bay NW
Calgary, AB T3G3Y4, Canada

PR News Wire
350 Hudson Street, Suite 300
New York, NY 10014

Rhino Marketing, Inc.
#4-2559 Shaughnessy Street
Port Coquitlam, BC Canada V3C 3G3

Richard Slezak, PC
6446 Fairway Avenue, SE Suite 120
P.O. Box 3909
Salem, OR 97302

Sadler, Gibb & Associates, LLC
P.O. Box 411
Farmington, UT 84025

/s/ Janine Lee
    Janine Lee

5