

**Entered on Docket
March 25, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
701 East Bridger Avenue, Suite 120
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for Debtor
and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) CASE NO.: 10-32725-BAM |
| | ) |
| AD Systems Communications, Inc., | ) Chapter 11 |
| | ) |
| Debtor. | ) Date of Hearing: March 22, 2011 |
| | ) Time of Hearing: 10:00 a.m. |

**ORDER GRANTING FIRST APPLICATION OF THE SCHWARTZ LAW FIRM, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR THE DEBTOR FOR THE PERIOD OF <u>DECEMBER 7, 2010 THROUGH JANUARY 31, 2011</u>**

Upon consideration of the First Application (the "**First Application**") of The Schwartz Law Firm, Inc. ("**SLF**") for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Debtor for the Period of December 7,

2010 through January 31, 2011 (the "**Compensation Period**"), adequate and proper notice having been given, and no objections having been raised, and it appearing that the compensation requested is reasonable and a benefit to this estate, it is, by the United States Bankruptcy Court for the District of Nevada,

**ORDERED** that the First Application is hereby APPROVED; and it is further

**ORDERED** that the request contained within the First Application, and the same are hereby, approved, in an interim basis, and allowed in the aggregate amounts of $29,909.50 as compensation for professional services rendered during the Compensation Period and $270.31 as reimbursement of expenses incurred during the Compensation Period; and it is further

**ORDERED** that the request contained in the First Application be, and the same is hereby, authorized to release from the SLF trust account in the amount of $26,918.55 as compensation for services rendered and $270.31 as reimbursement of expenses incurred, totaling $27,188.36; and it is further

ORDERED that the firm shall retain the Holdback Amount in the aggregate amount of $2,990.95 for the Compensation Period in its trust account until final approval of SLF's fees; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear all matters arising from or related to the relief granted in this Order.

Submitted by:

THE SCHWARTZ LAW FIRM, INC.

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
701 E. Bridger Ave., Suite 120
Las Vegas, NV 89101
*Attorneys for Debtor*

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

__X__ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

Submitted by:

THE SCHWARTZ LAW FIRM, INC.

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
701 E. Bridger Ave., Suite 120
Las Vegas, NV 89101
*Attorneys for Debtor*

###