3/30/2011
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:  Ad Systems Communications Inc. | **Case No.**  10-32725-bam |
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

### SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**   12/31/10          **PETITION DATE:**   12/06/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in   $1

| 2. **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|
| a. Current Assets | $337,951 | | |
| b. Total Assets | $656,747 | | |
| c. Current Liabilities | $0 | | |
| d. Total Liabilities | $8,905 | | |

| 3. **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| a. Total Receipts | $91,601 | | $91,601 |
| b. Total Disbursements | $68,566 | | $68,566 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $23,035 | | $23,035 |
| d. Cash Balance Beginning of Month | $116 | | $116 |
| e. Cash Balance End of Month (c + d) | $23,151 | | $23,151 |

| | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $289,799 | | |
| 6. **Post-Petition Liabilities** | | | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:**

| | | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives?  (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | | x |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes ___ ;          U.S. Trustee Quarterly Fees   x   ;  Check if filing is current for: Post-petition tax reporting and tax returns:   ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:    3/30/2011 0:00                              Ryan Nadick
                                                    Responsible Individual

Revised 1/1/98

**BALANCE SHEET**
(Small Real Estate/Individual Case)
**For the Month Ended**   12/31/10

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $         23,151 |
| 2 | Accounts receivable (net) | | 289,799 |
| 3 | Retainer(s) paid to professionals | | $25,000 |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $        337,951 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $              - |
| 8 | Real property (rental or commercial) | | $0 |
| 9 | Furniture, Fixtures | | $68,797 |
| 10 | Vehicles | | $0 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | $0 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $0 |
| 15 | Other:  patent | | $250,000 |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $        318,797 |
| 18 | **Total Assets** | | $        656,747 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $              - |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $              - |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $              - |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $0 |
| 29 | Secured claims (other) | | $0 |
| 30 | Priority unsecured claims | | $8,905 |
| 31 | General unsecured claims | | |
| 32 | **Total Pre-Petition Liabilities** | | $          8,905 |
| 33 | **Total Liabilities** | | $          8,905 |
| | **Equity (Deficit)** | | |
| ( | **Total Equity (Deficit)** | | $        647,842 |
| ## | **Total Liabilities and Equity (Deficit)** | | $        656,747 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

**Schedule A**
**Rental Income Information**

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | Description of Property | _____ | _____ | _____ |
| 2 | Scheduled Gross Rents | _____ | _____ | _____ |
|   | Less: | | | |
| 3 | Vacancy Factor | _____ | _____ | _____ |
| 4 | Free Rent Incentives | _____ | _____ | _____ |
| 5 | Other Adjustments | _____ | _____ | _____ |
| 6 | Total Deductions | _____ | _____ | _____ |
| 7 | Scheduled Net Rents | _____ | _____ | _____ |
| 8 | Less:  Rents Receivable (2) | _____ | _____ | _____ |
| 9 | Scheduled Net Rents Collected (2) | _____ | _____ | _____ |

(2) To be completed by cash basis reporters only.

**Schedule B**
**Recapitulation of Funds Held at End of Month**

|   |   | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | Bank | WELLS FARGO | WELLS FARGO | WELLS FARGO |
| 11 | Account No. | 7156 | 702 | 8816 |
| 12 | Account Purpose | OPERATING ACCT. | UNUSED | SAVINGS |
| 13 | Balance, End of Month | $23,147 | $4 | $0 |
| 14 | Total Funds on Hand for all Accounts | $23,151 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
**For the Month Ended    12/31/10**

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $91,601 | $91,601 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $91,601 | $91,601 |
| **Cash Disbursements** | | | |
| 13 | Selling | | |
| 14 | Administrative | $45,298 | $45,298 |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | $23,168 | $23,168 |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | | | |
| 33 | | | |
| 34 | Miscellaneous Expenses | $          100 | $100 |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $68,566 | $68,566 |
| 38 | **Net Increase (Decrease) in Cash** | $23,035 | $23,035 |
| 39 | **Cash Balance, Beginning of Period** | $116 | $116 |
| 40 | **Cash Balance, End of Period** | $23,151 | $23,151 |

Revised 1/1/98

# Choice IV Commercial Checking

Account number:        50702  ■  December 1, 2010 - December 31, 2010  ■  Page 1 of 1



AD SYSTEMS COMMUNICATIONS INC
1393 BENNETT CIR
FARMINGTON UT 84025-3902

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (119)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Choice IV Commercial Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 702 | $16.29 | $140.00 | -$151.95 | $4.34 |

## Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail | |
|---|---|---|---|---|
| | 12/15 | 140.00 | Online Transfer Ref #Ibemp2Fxld From Business Checking xxxxxx7156 on 12/15/10 | |
| | | $140.00 | Total electronic deposits/bank credits | |
| | | $140.00 | Total credits | |

## Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | Transaction detail | |
|---|---|---|---|---|
| | 12/13 | 151.95 | Client Analysis Srvc Chrg 101210 Svc Chge | 702 |
| | | $151.95 | Total electronic debits/bank debits | |
| | | $151.95 | Total debits | |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/30 | 16.29 | 12/13 | -135.66 | 12/15 | 4.34 |
| | Average daily ledger balance | -$0.06 | | | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

(119)
Sheet Seq = 0556150
Sheet 00001 of 00001

# Advantage Business Package Checking

Account number:     ⁊7156  ■  December 7, 2010 - December 31, 2010  ■  Page 1 of 4



AD SYSTEMS COMMUNICATIONS INC
DEBTOR IN POSSESSION
CH 11 CASE 10-32725 UT
1393 BENNETT CIR
FARMINGTON UT 84025-3902

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (119)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Wells Fargo offers business owners a full-service payroll solution with payroll processing, reporting, and tax services. That means you can spend less time working in your business and more time growing your business. And now, enjoy the convenience of processing your payroll online. Online payroll from the online banking leader. For more information, visit wellsfargo.com/biz/payroll or call us at 1-800-421-4714.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |



## Activity summary

| | |
|---|---|
| Beginning balance on 12/7 | $0.00 |
| Deposits/Credits | 91,604.61 |
| Withdrawals/Debits | - 68,456.93 |
| **Ending balance on 12/31** | **$23,147.68** |
| Average ledger balance this period | $50,387.49 |

Account number:     ⁊7156

AD SYSTEMS COMMUNICATIONS INC
DEBTOR IN POSSESSION
CH 11 CASE 10-32725 UT

*Utah account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 124002971

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

(119)
Sheet Seq = 0015107
Sheet 00001 of 00002

Account number:      ?156   ■ December 7, 2010 - December 31, 2010   ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/8 | | Deposit Made In A Branch/Store | 3,343.66 | | 3,343.66 |
| 12/10 | | Deposit Made In A Branch/Store | 75,503.28 | | |
| 12/10 | | Deposit Made In A Branch/Store | 371.60 | | 79,218.55 |
| 12/13 | | Deposit Made In A Branch/Store | 3.00 | | |
| 12/13 | | Withdrawal Made In A Branch/Store | | 3.00 | 79,218.55 |
| 12/15 | | Wep Trans Svc Charge - Sequence: 101215095112 Srf# 0005756349729835 Trnf101215095112 Rfb# | | 20.00 | |
| 12/15 | | WT Fed#07862 U.S. Bank,N.A. /Ftr/Bnf=Anthony Lenzi Srf# 0005756349729835 Trnf101215095112 Rfb# | | 2,000.00 | |
| 12/15 | | Online Transfer Ref #0exd6Yxmy to Business Checking xxxxx0702 on 12/15/10 | | 140.00 | |
| 12/15 | | Online Transfer Ref #0exd6Yxmy to Custom Management(Rm) Bank Fees Open/Close Box Account | | 28.00 | |
| 12/15 | | Paychex Payroll 3812890000149Hx Ad Systems Communicati | | 9,250.27 | |
| 12/15 | | Paychex Tps Taxes 121410 38133100003484x Ad Systems Communicati | | 7,510.31 | 60,269.87 |
| 12/16 | | Paychex Eib Invoice 101216 x38140000012383 Ad Systems Communicati | | 156.55 | 60,113.42 |
| 12/17 | | Deposit Made In A Branch/Store | 1,692.00 | | 61,805.42 |
| 12/20 | | Deposit Made In A Branch/Store | 3,172.23 | | |
| 12/20 | | Deposit Made In A Branch/Store | 2,771.40 | | |
| 12/20 | | Online Transfer Ref #0exb467Sn5 to Business Checking Nick Pay 12/15/2010 | | 2,000.00 | 65,749.05 |
| 12/21 | | Harland Clarke Check/Acc. 122010 00057560075402 Ad Systems Communicati | | 25.71 | |
| 12/21 | | Withdrawal Made In A Branch/Store | | 2,149.00 | |
| 12/21 | | Paychex Payroll 3829300001548x Ad Systems Communicati | | 3,694.00 | |
| 12/21 | | Paychex Tps Taxes 122010 38207100001917x Ad Systems Communicati | | 6,112.00 | 59,268.34 |
| 12/22 | | Check | | 5,012.09 | |
| 12/22 | | Paychex Eib Invoice 101222 x38213100014886 Ad Systems Communicati | | 98.80 | 54,157.45 |
| 12/23 | | Check Crd Purchase 12/21 Sprint Store #471 Salem OR 425908xxxxxx2210 357040000358160 ?McC=4814 90 | | 793.59 | |
| 12/23 | | Recur Debit Crd Pmt12/22 8x8, Inc. 888-898-8733 888-8988733 CA 425908xxxxxx2210 357040004166898 ?McC=5968 01 | | 704.82 | |
| 12/23 | 5004 | Cashed Check | | 500.00 | |
| 12/23 | 5007 | Check | | 600.00 | |
| 12/23 | 5003 | Check | | 500.00 | |
| 12/23 | | Paychex Eib Invoice 101223 x38247700000104 Ad Systems Communicati | | 39.00 | 51,020.04 |
| 12/24 | | Deposit Made In A Branch/Store | 294.00 | | |
| 12/24 | | Deposit | 4,102.98 | | |
| 12/24 | 5007 | Check | | 8,000.00 | |
| 12/24 | 5005 | Cashed Check | | 1,000.00 | |
| 12/24 | 5006 | Cashed Check | | 1,080.00 | |
| 12/24 | 5001 | Check | | 520.00 | 49,557.02 |
| 12/27 | | Deposit | 359.85 | | 45,446.87 |
| 12/28 | 5008 | Check | | 7,000.00 | 38,446.87 |
| 12/28 | | Check Crd Purchase 12/27 Montgomery St Parking Portland OR 425908xxxxxx2210 363040002673486 ?McC=7523 90 | | 2.00 | |
| 12/29 | | Check | | 500.00 | 37,944.87 |
| 12/30 | 5029 | Cashed Check | | 3,500.00 | |
| 12/30 | | Check | | 3,000.00 | |
| 12/30 | 5026 | Check | | 500.00 | 30,944.87 |
| 12/31 | | Check Crd Purchase 12/31 City of Portland Dept Portland OR 425908xxxxxx2210 365040003617975 ?McC=7523 90 | | 2.40 | |
| 12/31 | 5031 | Cashed Check | | 3,694.00 | |
| 12/31 | | Paychex Tps Taxes 123010 38351600005428x Ad Systems Communicati | | 2,101.38 | |

General Page 3

Account number:    .7156  ■ December 7, 2010 - December 31, 2010  ■ Page 3 of 4



WELLS
FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/31 | 5035 | Check | | 1,000.00 | |
| 12/33 | 5036 | Check | | 1,000.00 | 23,147.08 |
| Ending balance on 12/31 | | | | | 23,147.08 |
| Totals | | | $91,604.01 | $68,456.93 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | 12/22 | 5,012.08 | 5006 | 12/24 | 1,000.00 | 5028 * | 12/30 | 3,000.00 |
| 5001 | 12/24 | 320.00 | 5007 | 12/24 | 8,000.00 | 5029 | 12/30 | 3,500.00 |
| 5002 | 12/23 | 600.00 | 5008 | 12/28 | 7,000.00 | 5030 | 12/31 | 1,000.00 |
| 5003 | 12/23 | 500.00 | 5009 | 12/29 | 500.00 | 5031 | 12/31 | 3,684.00 |
| 5004 | 12/23 | 500.00 | 5026 * | 12/30 | 500.00 | 5036 * | 12/31 | 1,000.00 |
| 5005 | 12/24 | 1,000.00 | | | | | | |

*   Gap in check sequence.

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 45 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Need help ending the year on budget?

As the year winds down, manage your bills, spending and budgeting by using My Spending Report with Budget Watch, My Savings Plan (requires a Wells Fargo savings account), and other free online tools from Wells Fargo Online including Account Alerts, Online Statements, Mobile and Text Banking*. You can also download an App for your mobile device at wf.com.

Sign up or sign on today! Visit wellsfargo.com or wellsfargo.com/biz, or wf.com - optimized for your mobile device.

*Your mobile carrier's text messaging and Web access charges may apply.

Go paperless today! With Online Statements you can view statements online before paper statements are mailed, access up to 7 years of statement history online, and reduce potential mail fraud by eliminating paper statements. You will receive an email notification when your statement is ready.

It's easy to change your statement preferences. Simply sign on to Wells Fargo Business Online at wellsfargo.com/biz, go to Account Services, select Change Delivery Preferences, and select the Online Only option.

Sheet Seq = 0015108
Sheet 00002 of 00002

Account number.    .7156  ■ December 7, 2010 - December 31, 2010  ■ Page 4 of 4



### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
your register or transfers into          $ _____
your account which are not         + $ _____
shown on your statement.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . – $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Total amount  $ _____

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.

# Business Market Rate Savings

Account number:    8816  ■  December 7, 2010 - December 31, 2010  ■  Page 1 of 2



AD SYSTEMS COMMUNICATIONS INC
DEBTOR IN POSSESSION
CH 11 CASE 10-32725 UT
1393 BENNETT CIR
FARMINGTON UT 84025-3902

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (119)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Wells Fargo offers business owners a full-service payroll solution with payroll processing, reporting, and tax services. That means you can spend less time working in your business and more time growing your business. And now, enjoy the convenience of processing your payroll online. Online payroll from the online banking leader. For more information, visit wellsfargo.com/biz/payroll or call us at 1-800-421-4714.

### Activity summary

| | |
|---|---|
| Beginning balance on 12/7 | $0.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 12/31** | **$0.00** |

Account number:    816

AD SYSTEMS COMMUNICATIONS INC
DEBTOR IN POSSESSION
CH 11 CASE 10-32725 UT

*Utah account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 124002971

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

Go paperless today! With Online Statements you can view statements online before paper statements are mailed, access up to 7 years of statement history online, and reduce potential mail fraud by eliminating paper statements. You will receive an email notification when your statement is ready.

It's easy to change your statement preferences. Simply sign on to Wells Fargo Business Online at wellsfargo.com/biz, go to Account Services, select Change Delivery Preferences, and select the Online Only option.

(119)
Sheet Seq = 0010647
Sheet 00001 of 00001

Account number:        .816  ■ December 7, 2010 - December 31, 2010  ■ Page 2 of 2



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $

**ADD**

**B.** Any deposits listed in your          $
your register or transfers into          $
your account which are not          $
shown on your statement.          + $

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . .  - $

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.