# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| In re: Ad Systems Communications Inc. | **Case No.** | 10-32725-bam |
|  | **CHAPTER 11** |  |
|  | **MONTHLY OPERATING REPORT** |  |
|  | **(SMALL REAL ESTATE/INDIVIDUAL CASE)** |  |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 01/31/11          **PETITION DATE:** 12/06/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in __$1__

| 2. **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|
| a. Current Assets | $338,708 | $337,951 | |
| b. Total Assets | $657,504 | $656,747 | |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $8,905 | $8,905 | |

| 3. **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| a. Total Receipts | $67,665 | $91,601 | $159,266 |
| b. Total Disbursements | $66,908 | $68,566 | $135,474 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $757 | $23,035 | $23,792 |
| d. Cash Balance Beginning of Month | $23,151 | $116 | $116 |
| e. Cash Balance End of Month (c + d) | $23,908 | $23,151 | $23,908 |

| | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $289,799 | $289,799 | |
| 6. **Post-Petition Liabilities** | | | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:**

| | **Yes** | **No** |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. Are a plan and disclosure statement on file? | | x |
| 14. Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes ___ ;      U.S. Trustee Quarterly Fees  x  ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: __3/31/2011 0:00__          Ryan Nadick
                                  Responsible Individual

Revised 1/1/98

**BALANCE SHEET**
(Small Real Estate/Individual Case)
**For the Month Ended** ___01/31/11___

|  | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
|  | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $ 23,908 |
| 2 | Accounts receivable (net) | | 289,799 |
| 3 | Retainer(s) paid to professionals | | $25,000 |
| 4 | Other: _____ | | |
| 5 | _____ | | |
| 6 | **Total Current Assets** | | $ 338,708 |
|  | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $ - |
| 8 | Real property (rental or commercial) | | $0 |
| 9 | Furniture, Fixtures | | $68,797 |
| 10 | Vehicles | | $0 |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | $0 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $0 |
| 15 | Other:  patent | | $250,000 |
| 16 | _____ | | |
| 17 | **Total Long Term Assets** | | $ 318,797 |
| 18 | **Total Assets** | | $ 657,504 |
|  | **Liabilities** | | |
|  | **Post-Petition Liabilities** | | |
|  | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $ - |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: _____ | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $ - |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $ - |
|  | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $0 |
| 29 | Secured claims (other) | | $0 |
| 30 | Priority unsecured claims | | $8,905 |
| 31 | General unsecured claims | | |
| 32 | **Total Pre-Petition Liabilities** | | $ 8,905 |
| 33 | **Total Liabilities** | | $ 8,905 |
|  | **Equity (Deficit)** | | |
| ( | **Total Equity (Deficit)** | | $ 648,599 |
| ## | **Total Liabilities and Equity (Deficit)** | | $ 657,504 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | | | |
| 7 | Scheduled Net Rents | | | |
| 8 | Less:  Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | | | |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | Bank | WELLS FARGO | WELLS FARGO | WELLS FARGO |
| 11 | Account No. | 3675057156 | 7733180702 | 3675058816 |
| 12 | Account Purpose | OPERATING ACCT. | UNUSED | SAVINGS |
| 13 | Balance, End of Month | $23,914 | $0 | ($6) |
| 14 | Total Funds on Hand for all Accounts | $23,908 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended ___01/31/11___

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $67,665 | $159,266 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $67,665 | $159,266 |
| **Cash Disbursements** | | | |
| 13 | Selling | | |
| 14 | Administrative | $37,796 | $83,094 |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 |    Personal Property | | |
| 19 |    Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 |    Salaries | | |
| 21 |    Draws | | |
| 22 |    Commissions/Royalties | | |
| 23 |    Expense Reimbursements | | |
| 24 |    Other | | |
| 25 | Salaries/Commissions (less employee withholding) | $29,112 | $52,280 |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 |    Employee Withholding | | |
| 28 |    Employer Payroll Taxes | | |
| 29 |    Real Property Taxes | | |
| 30 |    Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | | | |
| 33 | | | |
| 34 | Miscellaneous Expenses | $ - | $100 |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $66,908 | $135,474 |
| 38 | **Net Increase (Decrease) in Cash** | $757 | $23,792 |
| 39 | **Cash Balance, Beginning of Period** | $23,151 | $116 |
| 40 | **Cash Balance, End of Period** | $23,908 | $23,908 |

# Choice IV Commercial Checking

Account number:  .. ...J702  ■ January 1, 2011 - January 31, 2011  ■ Page 1 of 2



AD SYSTEMS COMMUNICATIONS INC
1393 BENNETT CIR
FARMINGTON UT 84025-3902

### Questions?

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (119)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Choice IV Commercial Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 80702 | $4.34 | $10.81 | -$15.15 | $0.00 |

### Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 01/24 | 10.81 | Online Transfer Ref #Ibejs6J46Z From Business Checking OD Fee Adsy |
| | | $10.81 | **Total electronic deposits/bank credits** |
| | | $10.81 | **Total credits** |

### Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | Transaction detail | |
|---|---|---|---|---|
| | 01/11 | 15.15 | Client Analysis Srvc Chrg 110110 Svc Chge 12 | 80702 |
| | | $15.15 | **Total electronic debits/bank debits** | |
| | | $15.15 | **Total debits** | |

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/31 | 4.34 | 01/11 | -10.81 | 01/24 | 0.00 |
| | **Average daily ledger balance** | -$3.13 | | | |

(119)
I-reet Seq = 8806301
I-reet 00001 of 00302

Account number:        80702   ■   January 1, 2011 - January 31, 2011   ■   Page 2 of 2



 IMPORTANT ACCOUNT INFORMATION

Effective April 4, 2011 the Overdraft Protection Transfer fee from a linked savings or checking account will be $12.50 per transfer. Please refer to your Business Account Fee and Information Schedule for additional information regarding the accounts that are eligible to provide Overdraft Protection for your checking account.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0806302
Sheet 00002 of 00002

# Advantage Business Package Checking

Account number:   57156 ■ January 1, 2011 - January 31, 2011 ■ Page 1 of 6



AD SYSTEMS COMMUNICATIONS INC
DEBTOR IN POSSESSION
CH 11 CASE 10-32725 UT
1393 BENNETT CIR
FARMINGTON UT 84025-3902

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (119)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Business Online Banking | ✓ |
| Rewards for Business Check Card | |
| Online Statements | ✓ |
| Business Bill Pay | |
| Business Spending Report | ✓ |
| Overdraft Protection | |

Do you need to order business checks?
Here are 3 easy ways to order:
1) Login to wellsfargo.com/biz/checks
2) Call Harland Clarke at 1-800-237-8982 (Monday-Friday 5am-9pm PST, Saturday 5am-4pm PST)
3) Contact your banker

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $23,147.08 |
| Deposits/Credits | 67,664.84 |
| Withdrawals/Debits | - 66,897.68 |
| **Ending balance on 1/31** | **$23,914.24** |
| Average ledger balance this period | $32,701.33 |

Account number   57156

**AD SYSTEMS COMMUNICATIONS INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE 10-32725 UT**

*Utah account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 124002971

For Wire Transfers use
Routing Number (RTN): 121000248

(119)
Sheet Seq = 0015047
Sheet 00001 of 00003

Account number.        7156  ■  January 1, 2011 - January 31, 2011  ■  Page 2 of 6



---

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you
would like more information regarding Overdraft Protection and
eligibility requirements please call the number listed at the top of
your statement or visit your Wells Fargo branch.

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/2 | | Deposit Made In A Branch/Store | 1,048.86 | | |
| 1/2 | | Check Crd Purchase 01/31 Office Depot #855 Salem OR 425908xxxxxx2210 00314000084422 ?MCC=5943 90 | | 60.97 | |
| 1/3 | | Check Crd Purchase 12/30 McCormick & Smith #28 Portland OR 425908xxxxxx2210 002140003052658 ?MCC=5812 90 | | 36.00 | |
| 1/3 | 9032 | Check | | 4,000.00 | |
| 1/2 | | Online Transfer Ref #bxxd9N38bw to Business Checking Nick Pay 12/312010 | | 2,000.00 | |
| 1/3 | 5035 | Check | | 2,500.00 | |
| 1/3 | 5037 | Check | | 2,500.00 | |
| 1/3 | 5034 | Check | | 900.00 | |
| 1/3 | 5033 | Check | | 380.00 | |
| 1/3 | | Paymex Eib Invoice 110103 x38057900000328 Ad Systems Communicat | | 55.25 | 12,341.69 |
| 1/4 | | Recur Debit Crd Pmt01/02 8x8  Inc. 888-898-8733 888-8985733 CA 425908xxxxxx2210 00414000307817 0 ?MCC=5968 01 | | 722.35 | 11,619.33 |
| 1/5 | | Deposit Made In A Branch/Store | 5,828.00 | | |
| 1/5 | | Online Transfer Ref #txxxd2Vtjs to Business Checking Mike Hell NY Ticket | | 503.70 | 16,943.63 |
| 1/6 | | Check Crd Purchase 01/05 Jetblue 2792154037 Salt Lake Cty UT 425908xxxxxx2210 006140003068265 ?MCC=3174 01 | | 493.70 | |
| 1/6 | | Check Crd Purchase 01/04 Courtyard By Marriot - Solana Beach CA 425908xxxxxx2210 00614000202371 2 ?MCC=3690 90 | | 178.67 | |
| 1/6 | | Check Crd Purchase 01/05 Thrifty Car Rental-Sna Santa Ana CA 425908xxxxxx2210 006140001938195 ?MCC=3399 90 | | 117.15 | |
| 1/6 | | Check Crd Purchase 01/05 Jetblue 2790613648 Salt Lake Cty UT 425908xxxxxx2210 006140003088267 ?MCC=3174 01 | | 45.60 | |
| 1/6 | | Check Crd Purchase 01/05 Jetblue 2790613648 Salt Lake Cty UT 425908xxxxxx2210 006140003089266 ?MCC=3174 01 | | 15.00 | |
| 1/6 | | Check Crd Purchase 01/04 Shell Oil 57442736302 San Diego CA 425908xxxxxx2210 006140003506602 ?MCC=5542 90 | | 14.23 | |
| 1/6 | 5037 | Check | | 1,000.00 | 15,079.88 |
| 1/7 | | Deposit Made In A Branch/Store | 7,876.12 | | |
| 1/7 | | Deposit Made In A Branch/Store | 4,123.50 | | |
| 1/7 | | Check Crd Purchase 01/06 Hotwire-Sales Final 866-468-9473 CA 425908xxxxxx2210 007140000283269 ?MCC=5969 01 | | 222.03 | |
| 1/7 | | Check Crd Purchase 01/06 Marriott 337NY NY Marq New York NY 425908xxxxxx2210 007140001829081 ?MCC=3509 01 | | 204.31 | |
| 1/7 | | Check Crd Purchase 01/05 Nyc-Taxi Long Island NY 425908xxxxxx2210 007140001403168 ?MCC=4121 90 | | 61.55 | |
| 1/7 | | Check Crd Purchase 01/06 Olg Jfk T5 Venture, Lt Jamaica NY 425908xxxxxx2210 007140003050246 ?MCC=5814 90 | | 30.13 | 26,559.43 |
| 1/10 | | Check Crd Purchase 01/09 Dollar Rac Phx Phoenix AZ 425908xxxxxx2210 010140002285781 ?MCC=3393 90 | | 214.54 | |
| 1/10 | | Check Crd Purchase 01/06 Southwestair5262146903 Dallas TX 425908xxxxxx2210 009140005041071 ?MCC=3066 90 | | 168.70 | |
| 1/10 | | Check Crd Purchase 01/07 #-0970 LA Quinta Inns Mesa AZ 425908xxxxxx2210 009140003056512 ?MCC=3516 01 | | 108.26 | |
| 1/10 | | Check Crd Purchase 01/06 Arai Resort & Casino Las Vegas NV 425908xxxxxx2210 009140004842734 ?MCC=3924 90 | | 80.48 | |
| 1/10 | | Check Crd Purchase 01/06 Hotwire-Sales Final 866-468-9473 CA 425908xxxxxx2210 009140000593379 ?MCC=5969 01 | | 67.59 | |

Account number.    ‑‑‑  156  ■  January 1, 2011 - January 31, 2011  ■  Page 3 of 6



### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/10 | | Check Crd Purchase 01/05 Nyc-Taxi Long Island C NY 425908xxxxxx2210 009140000427390S ?McC=4121 90 | | 61.55 | |
| 1/10 | | Check Crd Purchase 01/09 Hotwire-Sales Final 866-468-9473 CA 425908xxxxxx2210 010140000758184 ?McC=6969 01 | | 54.99 | |
| 1/10 | | Check Crd Purchase 01/08 Sheraton Phoenix Airpo Tempe AZ 425908xxxxxx2210 010140000241489? ?McC=3603 90 | | 46.57 | 25,755.76 |
| 1/11 | | Check Crd Purchase 01/09 Alaska Air 0272162525 Seattle WA 425908xxxxxx2210 011140000775044 ?McC=3256 01 | | 403.70 | |
| 1/11 | | Check Crd Purchase 01/09 Alaska Air 0272162525 Seattle WA 425908xxxxxx2210 011140000775046 ?McC=3256 01 | | 403.70 | |
| 1/11 | | Check Crd Purchase 01/09 Alaska Air 0272162525 Seattle WA 425908xxxxxx2210 011140000775047 ?McC=3256 01 | | 403.70 | |
| 1/11 | | Check Crd Purchase 01/10 Fedex Office #0628 Mesa AZ 425908xxxxxx2210 011140000858783 ?McC=7338 90 | | 30.52 | |
| 1/11 | 5044 | Check | | 1,000.00 | 23,514.16 |
| 1/12 | | Deposit Made In A Branch/Store | 34,058.24 | | |
| 1/12 | | Online Transfer Ref #Ibe56Vwrfgh to Custom Management(Rm) Las Vegas Place Ticket Travel | | 149.40 | 57,423.00 |
| 1/13 | | Deposit Made In A Branch/Store | 1,304.90 | | |
| 1/13 | 5042 | Cashed Check | | 200.00 | 58,527.90 |
| 1/14 | 5046 | Cashed Check | | 2,500.00 | |
| 1/14 | 5047 | Check | | 3,694.06 | |
| 1/14 | 5035 | Check | | 2,000.00 | 49,333.84 |
| 1/18 | 5038 | Check | | 4,000.00 | |
| 1/18 | 5041 | Check | | 5,017.65 | |
| 1/18 | 5050 | Check | | 3,000.00 | |
| 1/18 | 5045 | Check | | 3,000.00 | |
| 1/18 | 5004 | Check | | 1,000.00 | 35,316.19 |
| 1/19 | | Check Crd Purchase 01/18 Mj Moore & Company, Ll 702-253-7499 NV 425909xxxxxx5396 019140001634323 ?McC=6931 01 | | 210.00 | |
| 1/19 | | Online Transfer Ref #Ibexdcywgz to Business Checking Via Mobile | | 2,000.00 | |
| 1/19 | | Online Transfer Ref #Ibethbgngz to Custom Management(Rm) Via Mobile | | 397.40 | 32,708.79 |
| 1/20 | | Deposit Made In A Branch/Store | 4,027.60 | | |
| 1/20 | | Check Crd Purchase 01/19 Vantage Filings, LLC 212-730-4302 NY 425908xxxxxx5396 020140001322664 ?McC=7399 01 | | 319.00 | 36,417.39 |
| 1/21 | | Deposit | 3,106.00 | | |
| 1/21 | | Check Crd Purchase 01/18 Alaska Air 0272162998 Seattle WA 425908xxxxxx3349 021140000807557 ?McC=3256 01 | | 353.70 | |
| 1/21 | | Check Crd Purchase 01/20 Hotwire-Sales Final 866-468-9473 CA 425908xxxxxx3349 021140000296025 ?McC=6969 01 | | 155.58 | |
| 1/21 | | Check Crd Purchase 01/19 Taxi-Vegas.Com Las Vegas NV 425908xxxxxx3349 021140001394321 ?McC=4121 90 | | 52.00 | |
| 1/21 | | Check Crd Purchase 01/21 Pdx Airport Parking Portland OR 425908xxxxxx3349 021140003116805 ?McC=7523 90 | | 48.00 | |
| 1/21 | | Check Crd Purchase 01/19 Maggiano's #1900001933 Las Vegas NV 425908xxxxxx3349 021140000770014 ?McC=5812 90 | | 22.18 | 38,893.92 |
| 1/24 | | Deposit | 699.36 | | |
| 1/24 | | Check Crd Purchase 01/20 Alaska Air 0272163065 Seattle WA 425908xxxxxx3349 023140003613330 ?McC=3256 01 | | 313.70 | |
| 1/24 | | Check Crd Purchase 01/20 Trump Intl Lv-Hotel Las Vegas NV 425908xxxxxx3349 021140003230157? ?McC=7011 90 | | 57.39 | |
| 1/24 | | Check Crd Purchase 01/21 Eleven Wireless Portland OR 425908xxxxxx3349 023140003220856 ?McC=7399 01 | | 16.87 | |
| 1/24 | | Withdrawal Made In A Branch/Store | | 1,000.00 | |
| 1/24 | | Online Transfer Ref #Ibejs6J462 to Business Checking OD Fee Aoxx | | 10.81 | |
| 1/24 | 5048 | Check | | 1,200.00 | 36,990.51 |
| 1/24 | | Check Crd Purchase 01/24 Empire Stock Transfer 702-818-5898 NV 425808xxxxxx3349 025140001283757 ?McC=8999 01 | | 760.00 | |

Account number:   7156  ■  January 1, 2011 - January 31, 2011  ■  Page 4 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/25 | | ATM Withdrawal - 01/25 Mach 80 10881 109 Commercial 109 Commercial OR 3344 005/1025 763441784 | | 500.00 | |
| 1/25 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 1/25 | | Check Crd Purchase 01/24 Union 76 00408161 Albany OR 425908xxxxxx3349 02814000276/124 7McC>5542 90 | | 78.01 | |
| 1/25 | 5051 | Check | | 4,134.58 | |
| 1/25 | 5041 | Check | | 1,000.00 | |
| 1/25 | | Bill Pay Sprint PCS on-Line xxxxx8613 on 01-25 | | 367.26 | |
| 1/25 | 5052 | Check | | 295.00 | |
| 1/25 | | Bill Pay Sprint on-Line xxxxx2017 on 01-25 | | 271.11 | 29,580.04 |
| 1/27 | | Check Crd Purchase 01/25 Alaska Air 0272163304 Seattle WA 425908xxxxxx3349 02714000078/0936 7McC>3256 01 | | 574.70 | |
| 1/27 | | Check Crd Purchase 01/25 Nevada Secretary of St 775-684-5780 NV 425908xxxxxx5396 02714000297/2961 7McC>9399 01 | | 173.00 | |
| 1/27 | | Check Crd Purchase 01/26 Hoover Sales Final 866-466-9473 CA 425908xxxxxx3349 02714000026780 7McC>5969 01 | | 77.25 | |
| 1/27 | | Check Crd Purchase 01/25 Nevada Secretary of St 775-684-5780 NV 425908xxxxxx5396 02714000297/2938 7McC>9388 01 | | 50.00 | |
| 1/27 | | Check Exp Purchase 01/26 Hilton Gar Landmrk Los Angeles CA 425908xxxxxx3349 02714000/16747 7McC>5812 01 | | 37.00 | |
| 1/27 | 5053 | Check | | 10,000.00 | 18,668.09 |
| 1/28 | | Check Crd Purchase 01/27 Hoover Sales Final 866-466-9473 CA 425908xxxxxx3349 02814000075285 7McC>5969 01 | | 7.01 | |
| 1/28 | | Check Crd Purchase 01/27 Cheyton 00267109 Las Vegas NV 425908xxxxxx3349 02814000237669 7McC>5542 90 | | 48.40 | |
| 1/28 | | Check Crd Purchase 01/27 Hilton Hotels Airport Los Angeles CA 425908xxxxxx3349 02814000061373/ 7McC>3504 90 | | 13.00 | 18,735.08 |
| 1/31 | | Deposit | 5,602.26 | | |
| 1/31 | | Check Crd Purchase 01/27 Alaska Air 0272163411 Seattle WA 425908xxxxxx3349 03114000361025 7McC>3256 01 | | 363.70 | |
| 1/31 | | Check Crd Purchase 01/28 Pdx Airport Parking Portland OR 425908xxxxxx3349 03114000599067/ 7McC>7523 94 | | 48.00 | |
| 1/31 | | Check Crd Purchase 01/27 Treasure Island Hotel Las Vegas NV 425908xxxxxx3349 03114000464815 7McC>3551 90 | | 22.40 | 23,914.24 |
| Ending balance on 1/31 | | | | | 23,914.24 |
| **Totals** | | | **$67,664.84** | **$66,897.68** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written  (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 5027 | 1/3 | 2,000.00 | 5039 | 1/18 | 1,000.00 | 5047 | 1/14 | 3,694.06 |
| 5032 * | 1/3 | 4,000.00 | 5040 | 1/13 | 200.00 | 5048 | 1/24 | 1,200.00 |
| 5033 | 1/3 | 300.00 | 5041 | 1/25 | 1,200.00 | 5049 | 1/18 | 4,000.00 |
| 5034 | 1/3 | 900.00 | 5043 * | 1/18 | 3,017.65 | 5050 | 1/18 | 3,000.00 |
| 5035 | 1/3 | 2,500.00 | 5044 | 1/11 | 1,000.00 | 5051 | 1/25 | 4,134.58 |
| 5037 * | 1/6 | 1,000.00 | 5045 | 1/18 | 3,900.00 | 5052 | 1/25 | 295.00 |
| 5038 | 1/14 | 2,000.00 | 5046 | 1/14 | 3,500.00 | 5053 | 1/27 | 10,000.00 |

*  Gap in check sequence.

Account number:      ʼ156  ■  January 1, 2011 - January 31, 2011  ■  Page 5 of 6



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Paid and Deposited Items | 4⁵ | 15⁰ | 0 | 0.50 | 0.0⁰ |
| **Total service charges** | | | | | **$0.00** |



# IMPORTANT ACCOUNT INFORMATION

Effective April 4, 2011 the Overdraft Protection Transfer fee from a linked savings or checking account will be $12.50 per transfer. Please refer to your Business Account Fee and Information Schedule for additional information regarding the accounts that are eligible to provide Overdraft Protection for your checking account.

Sheet Seq = 0019049
Sheet 00003 of  00003

Account number    ⋅7156 ■ January 1, 2011 - January 31, 2011 ■ Page 6 of 6



### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart on the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your        $ _____
your register or transfers into    $ _____
your account which are not         $ _____
shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.

## Business Market Rate Savings

Account number:    8816  ■  January 1, 2011 - January 31, 2011  ■  Page 1 of 3



AD SYSTEMS COMMUNICATIONS INC
DEBTOR IN POSSESSION
CH 11 CASE 10-32725 UT
1393 BENNETT CIR
FARMINGTON UT 84025-3902

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY: 1-800-877-4833*
*En español: 1-877-337-7454*

Online:  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (119)
P.O. Box 6995
Portland, OR  97228-6995

Do you need to order business checks?
Here are 3 easy ways to order:
1) Login to wellsfargo.com/biz/checks
2) Call Harland Clarke at 1-800-237-8982 (Monday-Friday 5am-9pm PST, Saturday 5am-4pm PST)
3) Contact your banker

### Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $0.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 6.00 |
| **Ending balance on 1/31** | **-$6.00** |

Account number:    8816

**AD SYSTEMS COMMUNICATIONS INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE 10-32725 UT**

*Utah account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  124002971

For Wire Transfers use
Routing Number (RTN):  121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2010 | $0.00 |

(119)
Sheet Seq = 0018756
Sheet 00001 of 00002

Account number:        3816  ■  January 1, 2011 - January 31, 2011  ■  Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 1/31 | Monthly Service Fee | | 6.00 | -6.00 |
| Ending balance on 1/31 | | | | -6.00 |
| Totals | | $0.00 | $6.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Account number:    8816 ▪ January 1, 2011 - January 31, 2011 ▪ Page 3 of 3



WELLS FARGO

### General statement policies for Wells Fargo Bank

▪ **Notice**:  Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A.  The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

B.  Any deposits listed in your                 $ _____
your register or transfers into           $ _____
your account which are not              $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

C.  The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** | $ _____ |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.

Sheet Seq = 0010707
Sheet 00002 of  00002