## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:  Ad Systems Communications Inc. | **Case No.** | 10-32725-bam |
|---|---|---|
| | **CHAPTER 11** **MONTHLY OPERATING REPORT** **(SMALL REAL ESTATE/INDIVIDUAL CASE)** | |

### SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**      02/28/11          **PETITION DATE:**          12/06/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in      $1

| 2. | **Asset and Liability Structure** | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|---|
| | a. Current Assets | $299,953 | $338,708 | |
| | b. Total Assets | $618,749 | $657,504 | |
| | c. Current Liabilities | $0 | $0 | |
| | d. Total Liabilities | $8,905 | $8,905 | |

| 3. | **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|---|
| | a. Total Receipts | $52,342 | $67,665 | $211,608 |
| | b. Total Disbursements | $69,087 | $66,908 | $204,561 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($16,745) | $757 | $7,047 |
| | d. Cash Balance Beginning of Month | $23,908 | $23,151 | $116 |
| | e. Cash Balance End of Month (c + d) | $7,163 | $23,908 | $7,163 |

| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $289,799 | $289,799 | |
| 6. | **Post-Petition Liabilities** | | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:**

| | | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals?  (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives?  (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | | x |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes     ;          U.S. Trustee Quarterly Fees   x     ; Check if filing is current for: Post-petition tax reporting and tax returns:     .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:      3/31/2011 0:00

Ryan Nadick
Responsible Individual

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended    02/28/11

|  | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
|  | **Current Assets** |  |  |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) |  | $       7,163 |
| 2 | Accounts receivable (net) |  | 289,799 |
| 3 | Retainer(s) paid to professionals |  | $2,991 |
| 4 | Other: |  |  |
| 5 |  |  |  |
| 6 | **Total Current Assets** |  | $       299,953 |
|  | **Long Term Assets (Market Value)** |  |  |
| 7 | Real Property (residential) |  | $              - |
| 8 | Real property (rental or commercial) |  | $0 |
| 9 | Furniture, Fixtures |  | $68,797 |
| 10 | Vehicles |  | $0 |
| 11 | Partnership interests |  |  |
| 12 | Interest in corportations |  | $0 |
| 13 | Stocks and bonds |  |  |
| 14 | Interests in IRA, Keogh, other retirement plans |  | $0 |
| 15 | Other:  patent |  | $250,000 |
| 16 |  |  |  |
| 17 | **Total Long Term Assets** |  | $       318,797 |
| 18 | **Total Assets** |  | $       618,749 |
|  | **Liabilities** |  |  |
|  | **Post-Petition Liabilities** |  |  |
|  | **Current Liabilities** |  |  |
| 19 | Post-petition not delinquent (under 30 days) |  | $              - |
| 20 | Post-petition delinquent other than taxes (over 30 days) |  |  |
| 21 | Post-petition delinquent taxes |  |  |
| 22 | Accrued professional fees |  |  |
| 23 | Other: |  |  |
| 24 |  |  |  |
| 25 | **Total Current Liabilities** |  | $              - |
| 26 | **Long-Term Post Petition Debt** |  |  |
| 27 | **Total Post-Petition Liabilities** |  | $              - |
|  | **Pre-Petition Liabilities (allowed amount)** |  |  |
| 28 | Secured claims (residence) |  | $0 |
| 29 | Secured claims (other) |  | $0 |
| 30 | Priority unsecured claims |  | $8,905 |
| 31 | General unsecured claims |  |  |
| 32 | **Total Pre-Petition Liabilities** |  | $       8,905 |
| 33 | **Total Liabilities** |  | $       8,905 |
|  | **Equity (Deficit)** |  |  |
| ( | **Total Equity (Deficit)** |  | $       609,844 |
| ## | **Total Liabilities and Equity (Deficit)** |  | $       618,749 |

NOTE:

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

__List the Rental Information Requested Below By Properties (For Rental Properties Only)__

| | | __Property 1__ | __Property 2__ | __Property 3__ |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | | | |
| 7 | Scheduled Net Rents | | | |
| 8 | Less:  Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | | | |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | __Account 1__ | __Account 2__ | __Account 3__ |
|---|---|---|---|---|
| 10 | Bank | WELLS FARGO | WELLS FARGO | WELLS FARGO |
| 11 | Account No. | 3675057156 | 7733180702 | 3675058816 |
| 12 | Account Purpose | OPERATING ACCT. | UNUSED | SAVINGS |
| 13 | Balance, End of Month | $7,175 | $0 | ($12) |
| 14 | Total Funds on Hand for all Accounts | $7,163 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

## Increase/(Decrease) in Cash and Cash Equivalents

### For the Month Ended    02/28/11

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $52,342 | $211,608 |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $52,342 | $211,608 |
| **Cash Disbursements** | | | |
| 13 | Selling | | |
| 14 | Administrative | $46,794 | $129,888 |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | $22,293 | $74,573 |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | | | |
| 33 | | | |
| 34 | Miscellaneous Expenses | $          - | $100 |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $69,087 | $204,561 |
| 38 | **Net Increase (Decrease) in Cash** | ($16,745) | $7,047 |
| 39 | **Cash Balance, Beginning of Period** | $23,908 | $116 |
| 40 | **Cash Balance, End of Period** | $7,163 | $7,163 |

# Analyzed Business Checking

Account number:     '156  ■  February 1, 2011 - February 28, 2011  ■  Page 1 of 4



AD SYSTEMS COMMUNICATIONS INC
DEBTOR IN POSSESSION
CH 11 CASE 10-32725 UT
1393 BENNETT CIR
FARMINGTON UT 84025-3902

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (119)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 7156 | $23,914.24 | $50,902.14 | -$67,641.87 | $7,174.51 |

### Credits

**Deposits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/04 | 340.00 | Deposit |
| | | **$340.00** | **Total deposits** |

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/01 | 1,440.00 | Transfer From DDA # 000007733180702 |
| 02/03 | 02/04 | 9,061.98 | Deposit Made In A Branch/Store |
| | 02/10 | 20,533.06 | Deposit Made In A Branch/Store |
| 02/15 | 02/16 | 10,196.64 | Deposit Made In A Branch/Store |
| | 02/17 | 1,100.00 | Deposit Made In A Branch/Store |
| | 02/17 | 4,700.00 | Online Transfer Ref #Ibefw927Ht From Business Checking Via Mobile |
| | 02/22 | 2,126.45 | Online Transfer Ref #Ibebz892CY From Business Checking Funds From Wrong Acct |
| 02/23 | 02/24 | 1,404.01 | Deposit Made In A Branch/Store |
| | | **$50,562.14** | **Total electronic deposits/bank credits** |
| | | **$50,902.14** | **Total credits** |

Account number.      7156   ■  February 1, 2011 - February 28, 2011   ■  Page 2 of 4



---

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| 01/31 | 02/01 | 4,000.00 | Withdrawal Made In A Branch/Store |
| | 02/01 | 20.00 | Wire Trans Svc Charge - Sequence: 110201084609 Srf# 0007489032559866 Trn#110201084609 Rfb# |
| | 02/01 | 2,000.00 | WT Fed#01781 U.S. Bank,N.A. /Ftr/Bnf=Tony Lezi Srf# 0007489032559866 Trn#110201084609 Rfb# |
| | 02/01 | 2,609.71 | Paychex Tps Taxes 012811 38729100007128x Ad Systems Communicati |
| | 02/01 | 2,601.71 | Paychex Tps Taxes 013111 38745200001978x Ad Systems Communicati |
| | 02/01 | 102.35 | Paychex Eib Invoice 110201 x38733200006424 Ad Systems Communicati |
| | 02/02 | 18.30 | Check Crd Purchase 02/01 USPS 49255001234505834 Farmington UT 425909xxxxxx5396 033140002456617 ?McC=9402 90 |
| | 02/02 | 102.35 | Paychex Eib Invoice 110202 x38755200018796 Ad Systems Communicati |
| | 02/03 | 65.98 | Check Crd Purchase 02/02 Fry's Electronics #16 Wilsonville OR 425908xxxxxx3349 034140002637742 ?McC=5732 90 |
| | 02/04 | 41.04 | Check Crd Purchase 02/03 Fedex 865088702396 800-4633339 TN 425908xxxxxx3349 035140000716948 ?McC=4215 01 |
| | 02/04 | 3,000.00 | Online Transfer Ref #Ibebz5Hgp2 to Business Checking Nick Pay |
| | 02/04 | 2,000.00 | Online Transfer Ref #Ibempb2857 to Expanded Bus Services Pack Partial Pmt Srvr Inst |
| | 02/04 | 1,000.00 | Withdrawal Made In A Branch/Store |
| | 02/04 | 320.00 | Online Transfer Ref #Ibexdgk67L to Checking ATT Bill |
| | 02/08 | 3.00 | Online Dep Detail & Images |
| | 02/09 | 264.70 | Check Crd Purchase 02/07 Alaska Air 0272163893 Seattle WA 425908xxxxxx3349 040140000791356 ?McC=3256 01 |
| | 02/09 | 90.67 | Check Crd Purchase 02/08 Hotwire-Sales Final 866-468-9473 CA 425908xxxxxx3349 040140000097582 ?McC=5969 01 |
| | 02/10 | 90.06 | Check Crd Purchase 02/09 Hotwire-Sales Final 866-468-9473 CA 425908xxxxxx3349 041140000096731 ?McC=5969 01 |
| | 02/10 | 48.23 | Check Crd Purchase 02/08 Hilton Hotels Costa ME Costa Mesa CA 425908xxxxxx3349 041140001732600 ?McC=3504 01 |
| | 02/10 | 43.00 | Check Crd Purchase 02/08 Macy's East #523 Costa Mesa CA 425908xxxxxx3349 041140000714353 ?McC=5311 |
| | 02/10 | 24.00 | Check Crd Purchase 02/08 Embassy Suites Santa A Santa Ana CA 425908xxxxxx3349 041140000019253 ?McC=5812 90 |
| | 02/10 | 1,830.00 | Online Transfer Ref #Ibe844S6Xm to Business Checking Jim Long Server |
| | 02/10 | 92.40 | Paychex Eib Invoice 110210 x38719600024366 Ad Systems Communicati |
| | 02/11 | 712.25 | Recur Debit Crd Pmt02/10 8x8, Inc. 888-898-8733 888-8988733 CA 425908xxxxxx3349 042140003202801 ?McC=5968 01 |
| | 02/11 | 3.26 | Check Crd Purchase 02/09 Best Western Orange Cn Santa Ana CA 425908xxxxxx3349 042140001629120 ?McC=7011 90 |
| | 02/14 | 264.70 | Check Crd Purchase 02/10 Alaska Air 0272164064 Seattle WA 425908xxxxxx3349 044140003865198 ?McC=3256 01 |
| | 02/15 | 2,533.71 | Paychex Tps Taxes 021011 38891000009450x Ad Systems Communicati |
| | 02/15 | 117.90 | Paychex Eib Invoice 110215 x38898700006845 Ad Systems Communicati |
| | 02/16 | 20.00 | Wire Trans Svc Charge - Sequence: 110216058704 Srf# 0005756047967177 Trn#110216058704 Rfb# |

Account number:    7156  ■  February 1, 2011 - February 28, 2011  ■  Page 3 of 4



## Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/16 | 20.00 | Wire Trans Svc Charge - Sequence: 110216061436 Srf# 0005756047578177 Trn#110216061436 Rfb# |
| | 02/16 | 3,000.00 | Online Transfer Ref #Ibe574Dzcj to Expanded Bus Services Pack Inv 2123 |
| | 02/16 | 2,000.00 | WT Fed#05353 U.S. Bank,N.A. /Ftr/Bnf=Tony Lensi Srf# 0005756047578177 Trn#110216058704 Rfb# |
| | 02/16 | 500.00 | WT Seq#58704 Casey W Gibson /Bnf=Casey W Gibson Srf# 0005756047967177 Trn#110216058704 Rfb# |
| | 02/17 | 30.00 | Check Crd Purchase 02/15 Thai Orchid Salem Salem OR 425908xxxxxx3349 048140000252158 ?McC=5812 90 |
| | 02/17 | 4,700.00 | Transfer to DDA # 000008071809928 |
| | 02/17 | 3,000.00 | Online Transfer Ref #Ibe574Jyzj to Business Checking Nick Pay |
| | 02/18 | 23.74 | Check Crd Purchase 02/17 Fedex Office #0991 San Diego CA 425908xxxxxx3349 049140002307358 ?McC=7338 90 |
| | 02/18 | 22.78 | Check Crd Purchase 02/16 Cooke Stationery CO. Salem OR 425908xxxxxx3349 049140000895765 ?McC=5943 90 |
| | 02/18 | 4,000.00 | Withdrawal Made In A Branch/Store |
| | 02/22 | 20.00 | Wire Trans Svc Charge - Sequence: 110222058437 Srf# 0005756053914997 Trn#110222058437 Rfb# |
| | 02/22 | 48.00 | Check Crd Purchase 02/19 Pdx Airport Parking Portland OR 425908xxxxxx3349 051140006181940 ?McC=7523 90 |
| | 02/22 | 44.95 | Check Crd Purchase 02/20 U-Haul of South Salem Saiem OR 425908xxxxxx3349 053140000200326 ?McC=7513 90 |
| | 02/22 | 33.45 | Check Crd Purchase 02/19 U-Haul of South Salem Saiem OR 425908xxxxxx3349 053140000200325 ?McC=7513 90 |
| | 02/22 | 2,126.45 | WT Seq#58437 Superior Broadbrand Inc /Bnf=Superior Broadbrand Inc Srf# 0005756053914997 Trn#110222058437 Rfb# |
| | 02/22 | 500.00 | Withdrawal Made In A Branch/Store |
| | 02/22 | 300.00 | Online Transfer Ref #Ibefw9Btnq to Checking ATT Cell Rein |
| | 02/22 | 18.24 | Transfer to DDA # 000007733180702 |
| | 02/23 | 335.70 | Check Crd Purchase 02/17 Alaska Air 0272164393 Portland OR 425908xxxxxx3349 054140000283353 ?McC=3256 01 |
| | 02/23 | 41.42 | Check Crd Purchase 02/22 Fedex 872899442407 800-4633339 TN 425908xxxxxx3349 054140000787110 ?McC=4215 01 |
| | 02/24 | 25.00 | Check Crd Purchase 02/23 Thai Bistro Rest. LLC Tualatin OR 425908xxxxxx3349 055140001426758 ?McC=5812 90 |
| | 02/25 | 39.00 | Paychexsecurity Paychexsec 110225 904609 Paychex Manual ACH |
| | 02/28 | 500.00 | Withdrawal Made In A Branch/Store |
| | | **$45,348.05** | **Total electronic debits/bank debits** |

## Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 5042 | 1,810.74 | 02/04 | 10001 | 2,830.50 | 02/02 | 10003 | 3,774.00 | 02/02 |
| 10000 * | 2,752.78 | 02/02 | 10002 | 884.26 | 02/02 | 10004 | 2,752.78 | 02/14 |

Account number:        7156    ■ February 1, 2011 - February 28, 2011    ■ Page 4 of 4



---

**Checks paid** (continued)

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 10005 | 2,830.50 | 02/15 | 10006 | 884.26 | 02/15 | 10007 | 3,774.00 | 02/14 |
| | **$22,293.82** | | **Total checks paid** | | | | | |

*\* Gap in check sequence.*

| | **$67,641.87** | | **Total debits** |
|---|---|---|---|

---

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/31 | 23,914.24 | 02/10 | 22,869.50 | 02/18 | 7,676.26 |
| 02/01 | 14,020.47 | 02/11 | 22,153.99 | 02/22 | 6,711.62 |
| 02/02 | 3,658.28 | 02/14 | 15,362.51 | 02/23 | 6,334.50 |
| 02/03 | 3,592.30 | 02/15 | 8,996.14 | 02/24 | 7,713.51 |
| 02/04 | 4,822.50 | 02/16 | 13,652.78 | 02/25 | 7,674.51 |
| 02/08 | 4,819.50 | 02/17 | 11,722.78 | 02/28 | 7,174.51 |
| 02/09 | 4,464.13 | | | | |

| | **Average daily ledger balance** | **$1,630.35** |
|---|---|---|

---



# ✓ IMPORTANT ACCOUNT INFORMATION

Effective February 14, 2011, the name of your account changed from a Business Cash Management Account to an Analyzed Business Checking Account. No additional changes will be made to current account features, including Earnings Credit Rates (ECR) or fees associated with your account.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Business Market Rate Savings

Account number:    8816  ■  February 1, 2011 - February 28, 2011  ■  Page 1 of 3



AD SYSTEMS COMMUNICATIONS INC
DEBTOR IN POSSESSION
CH 11 CASE 10-32725 UT
1393 BENNETT CIR
FARMINGTON UT 84025-3902

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (119)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

Announcing the new Business Insight Resource Center, offering free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

### Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | -$6.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 6.00 |
| **Ending balance on 2/28** | **-$12.00** |
| Average ledger balance this period | -$6.00 |

Account number:    8816

**AD SYSTEMS COMMUNICATIONS INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE 10-32725 UT**
*Utah account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 124002971

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2010 | $0.00 |

Account number        ⁊6816   ■   February 1, 2011 - February 28, 2011   ■   Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 2/28 | Monthly Service Fee | | 6.00 | -12.00 |
| **Ending balance on 2/28** | | | | **-12.00** |
| Totals | | **$0.00** | **$6.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Read the latest updates about the integration efforts under way between Wells Fargo and Wachovia. Visit wellsfargo.com/wachovia/news.

Help save trees! Switch to free Online Statements today!

Online Statements are convenient, secure and better for the environment than paper statements. If you bank online, get your statement online! It's easy to switch to Online Statements. Sign on at wellsfargo.com/turnoffpaper, select Online Only or check the box Switch All to Online Only Delivery and click Submit at the bottom of the page to begin saving paper and trees today.

Account number:        8816   ■  February 1, 2011 - February 28, 2011  ■  Page 3 of 3



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                              $ _____
your register or transfers into                              $ _____
your account which are not                                   $ _____
shown on your statement.                                 + $ _____
                                                    TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount**  $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.

# Wells Fargo Simple Business Checking



Account number:    .0702  ■  February 1, 2011 - February 28, 2011  ■  Page 1 of 3

AD SYSTEMS COMMUNICATIONS INC
1393 BENNETT CIR
FARMINGTON UT 84025-3902

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* welisfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (119)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Announcing the new Business Insight Resource Center, offering free access to
business information and advice through videos, articles, podcasts and other
resources. This site offers objective information from industry experts, best
practices from real business owners, as well as numerous Wells Fargo solutions
that can help you run your business. Visit the site at
wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient
services with your account.  Go to wellsfargo.com/biz or call
the number above if you have questions or if you would like
to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $0.00 |
| Deposits/Credits | 1,458.24 |
| Withdrawals/Debits | - 1,458.24 |
| **Ending balance on 2/28** | **$0.00** |
| Average ledger balance this period | -$7.16 |

Account number:      )702
**AD SYSTEMS COMMUNICATIONS INC**
*Utah account terms and conditions apply*
For Direct Deposit and Automatic Payments use
Routing Number (RTN):    '2971
For Wire Transfers use
Routing Number (RTN,.    .0248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you
would like more information regarding Overdraft Protection and
eligibility requirements please call the number listed at the top of
your statement or visit your Wells Fargo branch.

(119)
Sheet Seq = 0014764
Sheet 00001 of  00002

Account number:   .    0702   ▪   February 1, 2011 - February 28, 2011   ▪   Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/1 | | Deposit | 1,440.00 | | 1,440.00 |
| 2/2 | | Transfer to DDA # 000003675057156 | | 1,440.00 | 0.00 |
| 2/11 | | Client Analysis Srvc Chrg 110210 Svc Chge 0111 000007733180702 | | 18.24 | -18.24 |
| 2/22 | | Transfer From DDA # 000003675057156 | 18.24 | | 0.00 |
| **Ending balance on 2/28** | | | | | **0.00** |
| **Totals** | | | **$1,458.24** | **$1,458.24** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Read the latest updates about the integration efforts under way between Wells Fargo and Wachovia. Visit wellsfargo.com/wachovia/news.

Account number:        0702  ■  February 1, 2011 - February 28, 2011  ■  Page 3 of 3



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
your register or transfers into              $ _____
your account which are not                  $ _____
shown on your statement.                  + $ _____
                                              TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . – $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.