# United States Bankruptcy Court
## District of Nevada

In re  **Ad Systems Communications Inc.**                                   Case No.  **10-32725-BAM**
                                        Debtor(s)                            Chapter   **11**

## Notice of Change of Address

Federal Tax ID Number:     **35-2372913**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:                **Ad Systems Communications Inc.**

Street:              **495 State Street, Suite 459**

City, State and Zip: **Salem, OR 97301**

Telephone #:         **503-394-3497**

**Please be advised that effective _____, 20___,**
my (our) new mailing address and telephone number is:

Name:                **Ad Systems Communications Inc.**

Street:              **8101 SW Nyberg, Suite 211**

City, State and Zip: **Tualatin, OR 97062**

Telephone #:

                                                            /s/ J. Michael Heil
                                                            **J. Michael Heil/CEO/Chairman of the Board**
                                                            Authorized Signer/Title