SARAH D. MOYED (CA State Bar No. 126215)    Electronically Filed: May 19, 2011
Attorney for:
U.S. SECURITIES & EXCHANGE COMMISSION
Rosalind R. Tyson, Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile:   (323) 965-4530
E-mail:   moyeds@sec.gov

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-10-32725-BAM |
| Ad Systems Communications, Inc., | Chapter 11 |
| Debtor. | **U.S. SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
| | [No Hearing Required] |

**TO: THE ABOVE-NAMED DEBTOR, THE UNITED STATES TRUSTEE, AND PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that the United States Securities and Exchange Commission hereby appears in the above-entitled case pursuant to 11 U.S.C. § 1109(a) and requests that all notices given or required to be given and all papers served or required to be served in these proceedings be given to and served upon the following:

1
2
3
    U.S. SECURITIES AND EXCHANGE COMMISSION
    Attn: Sarah D. Moyed, Esq.
    5670 Wilshire Boulevard, Suite 1100
    Los Angeles, California 90036-3648
    E-mail: moyeds@sec.gov

4
5
6
7
    U.S. SECURITIES AND EXCHANGE COMMISSION
    Attn: Michael A. Berman, Esq.
    Station Place
    100 F Street, N.E.
    Washington, D.C. 20549

8  Dated:    May 19, 2011                Respectfully submitted,

9
10
11
12
                                                          /s/ Sarah D. Moyed
                                                           Sarah D. Moyed
                                                           Bankruptcy Counsel
                                                           U.S. SECURTIES AND EXCHANGE COMMISSION

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

1  I herby certify that a true and correct copy of the foregoing was sent via electronic mail to
2  the following on May 19, 2011:

3  Counsel for Debtor
   Bryan A. Linsey, Esq.
4  Schwartz Law Firm, Inc.
5  701 East Bridger Avenue, Suite 120
   Las Vegas, NV  89101
6  Email: bryan@schwartzlawyers.com

   Counsel for Debtor
   Jeffrey H. Boiler, Esq.
   Boiler Law Firm
   619 S. 41st Court
   Springfield, OR  97478
   Email: jboiler@boilerlawfirm.com

7
8  Counsel for Creditor MegAvail, Inc.
   Thomas H. Fell, Esq.
9  Gordon Silver
   3960 Howard Hughes Parkway, 9th Floor
10 Las Vegas, NV  89169
   Email: bankruptcynotices@gordonsilver.com
11 Email: bknotices@gordonsilver.com

   Office of the United States Trustee
   300 Las Vegas Boulevard South, Suite 4300
   Las Vegas, NV  89101
   Email: USTPRegion17.lv.ecf@usdoj.gov

12
   Claims Agent
13 Kurtzman Carson Consultants, LLC
   23335 Alaska Avenue
14 El Segundo, CA  90245
15 Email: ecfpleadings@kccllc.com; kchow@kccllc.com; redwards@kccllc.com;
   abrooks#kccllc.com
16
17 I herby certify that a true and correct copy of the foregoing was sent via U.S. MAIL with
18 postage prepaid to the following on May 19, 2011:

19 Debtor
   Ad Systems Communications, Inc.
20 8101 SW Nyberg, Suite 211
   Tualatin, OR  97062
21

   MegAvail. Inc.
   Attn: Paul Hauer
   15223 S. Henrici Road
   Oregon City, OR  97045-9513

22 Department of Employment
   Training And Rehab
23 Employment Security Division
   500 East Third Street
24 Carson City, NV  89713
25

   Daniel G. Bogden, United States Attorney
   Office of the United States Attorney
   333 Las Vegas Blvd. South, Suite 5000
   Lloyd George Federal Building
   Las Vegas, NV  89101

   Internal Revenue Service
26 P.O. Box 7346
   Philadelphia, PA  19101-7346
27

   Panos Industries, LLC
   1350 East Flamingo Road
   Las Vegas, NV  89119

28

## CERTIFICATE OF SERVICE

| | |
|---|---|
| Nevada Department of Taxation<br>Bankruptcy Section<br>555 E. Washington Avenue, Suite 1300<br>Las Vegas, NV 89101 | R. Gordon Jones<br>1393 N. Bennett Circle<br>Farmington, UT 84025 |
| J. Michael Heil<br>38888 Ridge Drive<br>Scio, OR 97374 | Randall P. Sutton, OSB<br>Saalfeld Griggs PC<br>P.O. Box 470<br>Salem, OR 97308-0470 |
| Clark County Assessor<br>500 South Grand Central Parkway, 2nd Floor<br>Las Vegas, NV 89155-1401 | Clark County Treasurer<br>500 South Grand Central Parkway<br>P.O. Box 551220<br>Las Vegas, NV 89155-1220 |
| Rodney M. Jean<br>Lionel Sawyer & Collins<br>300 South Fourth Street, Suite 1700<br>Las Vegas, NV 89101 | |

Dated: May 19, 2011

_____
Louie M. Adame