```
DANIEL G. BOGDEN                                    E-FILED: June 1, 2011
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: Blaine.Welsh@usdoj.gov

Attorneys for the United States.
```

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No. 10-32725-bam |
| | ) | Chapter 11 |
| Ad Systems Communications, Inc., | ) | |
| | ) | |
| Debtor. | ) | **MOTION TO PERMIT APPEARANCE** |
| | ) | **OF GOVERNMENT ATTORNEY** |
| _____ | ) | **[No Hearing Required]** |

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Sarah D. Moyed to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Moyed is an attorney with the United States Securities and Exchange Commission, an agency of the federal government. Ms. Moyed is a member in good standing of the Bar of California (Bar No. 126215). Attorney contact information is as follows:

```
        Sarah D. Moyed
        Bankruptcy Counsel
        U. S. Securities and Exchange Commission
        5670 Wilshire Boulevard, Suite 1100
        Los Angeles, California 90036
        Phone: 323-965-3896
        Facsimile: 323-965-4530
        Email: moyeds@sec.gov
```

1  Accordingly, the United States respectfully requests that an order be issued allowing
2  Sarah D. Moyed to practice before this honorable Court.
3  DATED this 1st day of June, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Blaine T. Welsh
BLAINE T. WELSH
Assistant United States Attorney

2

**PROOF OF SERVICE**

I, Blaine T. Welsh, AUSA, certify that the following individuals were served the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing**

Samuel A. Schwartz
Bryan A. Lindsey
701 E. Bridger Ave., Ste. 120
Las Vegas, Nevada 89101
Phone: (702) 385-5544
Facsimile : (702) 385-2741
bryan@schwartzlawyers.com; sam@schwartzlawyers.com

Jeffrey H. Boiler
Boiler Law Firm
619 S. 41st Ct.
Springfield, Oregon 97478
Phone: (541) 683-1901
Facsimile : (541) 683-2774
jboiler@boilerlawfirm.com

*Attorneys for Ad Systems Communications, Inc.*

DATED this 1st day of June, 2011.

                                          */s/ Blaine T. Welsh*
                                          BLAINE T. WELSH
                                          Assistant United States Attorney