1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: *Blaine.Welsh@usdoj.gov*
7
   Attorneys for the United States.
8

9

10
                    UNITED STATES DISTRICT COURT
11
                         DISTRICT OF NEVADA
12

13
   In re:                              )    Case No. 2:10-bk-32725-BAM
14                                     )
   Ad Systems Communications, Inc.,    )    Chapter 11
15                                     )
             Debtor.                   )    **DECLARATION OF SARAH D.**
16                                     )    **MOYED**
                                       )    **[No Hearing Required]**
17  ─────────────────────────────────

18      I, SARAH D. MOYED, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

19      1. I am an attorney with the United States Securities and Exchange Commission

20  ("Commission"), an agency of the federal government. In this capacity, I am assigned to

21  represent the Commission in these bankruptcy proceedings.

22      2. I am a member in good standing of the highest court of the State of California. My

23  California State Bar Number is 126215.

24  . . .

25  . . .

26  . . .

1   I declare under penalty of perjury that the foregoing is true and correct.

2   Executed this 1st day of June, 2011, at Los Angeles, California.

                                    _____
                                    SARAH D. MOYED

2