E-FILED: June 1, 2011

DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 10-32725-bam |
| | Chapter 11 |
| Ad Systems Communications, Inc., | |
| | **ORDER GRANTING MOTION TO** |
| Debtor. | **PERMIT APPEARANCE OF** |
| | **GOVERNMENT ATTORNEY** |

    This matter comes before the Court pursuant to LR IA 10-3, and the United States' Motion to Permit Appearance of Government Counsel, which seeks an order allowing Sarah D. Moyed to appear before this Court representing the United States Securities and Exchange Commission in the above-captioned case.

1  Ms. Moyed is an attorney with the United States Securities and Exchange Commission,
2  an agency of the federal government. Ms. Moyed is a member in good standing of the Bar of
3  California (Bar No. 126215).
4  It is therefore ORDERED that Ms. Moyed be admitted to appear before the Court for the
5  purpose indicated in the United States' Motion.

7  Submitted by:
8  DANIEL G. BOGDEN
United States Attorney

10  */s/ Blaine T. Welsh*
BLAINE T. WELSH
11  Assistant United States Attorney