**Entered on Docket
June 03, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
701 East Bridger Ave., Suite 120
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No.: 10-32725-BAM |
|  | ) |
| AD Systems Communications, Inc., | ) Chapter 11 |
|  | ) |
| Debtor. | ) Hearing Date:  May 31, 2011 |
| _____ | ) Time of Hearing: 10:00 a.m. |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR**

Upon the motion (the "**Motion**")[1] of The Schwartz Law Firm, Inc. ("**SLF**") for entry of an order authorizing SLF to withdraw as attorneys for the Debtor; and due and proper notice of the Motion having been given; and upon the record of the hearing of the Motion; and after due deliberation and it appearing that sufficient cause exists for granting the requested relief; it is hereby

---

[1] Capitalized terms not expressly defined herein shall have those meanings ascribed to them in the Motion.

1

**ORDERED** that the Motion of SLF to withdraw as attorneys for the Debtor is granted; and it is hereby

**ORDERED** that SLF shall serve notice of this Order upon the Debtor at its last known address; and it is hereby

**ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Submitted by:

The SCHWARTZ LAW FIRM, INC.

By /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
701 East Bridger Avenue, Suite 120
Las Vegas, NV 89101

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirement set forth in LR 9021(b)(1).

__X_ No party appeared at the hearing or filed an objection to the motion.

____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

Submitted by:

The SCHWARTZ LAW FIRM, INC.

By /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
701 E. Bridger Ave., Suite 120
Las Vegas, NV 89101

# # #