**Entered on Docket
June 14, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>AD SYSTEMS COMMUNICATIONS INC. fka NANOASIA LTD.,<br><br>Debtor. | Case No.: BK-S-10-32725-BAM<br>Chapter 11<br><br>Date:  August 23, 2011<br>Time:  10:00 a.m. |

**ORDER REGARDING STATUS CONFERENCE**

A status conference was held in this matter on April 19, 2011 at 10:00 a.m.; IT IS HEREBY ORDERED THAT:

The status conference is continued to **August 23, 2011 at 10:00 a.m.,** in the courtroom of Bankruptcy Judge Bruce A. Markell, Courtroom #3, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS SO ORDERED.

Copies sent to:

BNC MAILING MATRIX

JEFFREY H BOILER on behalf of Debtor AD SYSTEMS COMMUNICATIONS INC.
jboiler@boilerlawfirm.com

THOMAS H. FELL on behalf of Creditor MEGAVAIL, INC.
BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com

KURTZMAN CARSON CONSULTANTS, LLC (tv)
ecfpleadings@kccllc.com, kchow@kccllc.com;redwards@kccllc.com;abrooks@kccllc.com

1  BRYAN A. LINDSEY on behalf of Debtor AD SYSTEMS COMMUNICATIONS INC.
   bryan@schwartzlawyers.com
2
   SARAH D. MOYED on behalf of Interested Party UNITED STATES SECURITIES AND
3  EXCHANGE COMMISSION
   moyeds@sec.gov
4
   U.S. TRUSTEE - LV - 11
5  USTPRegion17.lv.ecf@usdoj.gov

6
   BLAINE T WELSH on behalf of Interested Party UNITED STATES SECURITIES AND
7  EXCHANGE COMMISSION
   blaine.welsh@usdoj.gov, eunice.jones@usdoj.gov;sue.knight@usdoj.gov;
8  mary.booker@usdoj.gov;doriayn.olivarra@usdoj.gov

9
   MICHAEL A BERMAN on behalf of Interested Party UNITED STATES SECURITIES AND
10 EXCHANGE COMMISSION
   STATION PLACE
11 100 F STREET, N.E.
   WASHINGTON, DC 20549
12
   CANE CLARK, LLP
13 3273 E. WARM SPRINGS RD.
   LAS VEGAS, NV 89120
14
   THE SCHWARTZ LAW FIRM, INC.
15 701 East Bridger Avenue
   Suite 120
16 Las Vegas, NV 89101

17

18                                  # # #

19

20

21

22

23

24

25

26