UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

RECEIVED
AND
JUL 21  1 13 PM '11
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

| | |
|---|---|
| In re: | Chapter 11 |
| Ad Systems Communications, Inc., | Case No. 10-32725 |
| Debtor. | |

## ADMINISTRATIVE EXPENSE PROOF OF CLAIM AND REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

1. Kurtzman Carson Consultants LLC ("KCC"), located at 2335 Alaska Avenue, El Segundo, California 90245, hereby files this Administrative Expense Proof of Claim and Request for Payment of Administrative Expense (the "Administrative Claim"). The undersigned is duly authorized by KCC to file this Administrative Claim.

2. KCC is the Bankruptcy Court approved claims, noticing and balloting agent for the Debtor pursuant to the Bankruptcy Court's Order Authorizing the Employment and Retention of Kurtzman Carson Consultants LLC as Notice, Claims and Solicitation Agent for the Debtor [Docket No. 51] (the "KCC Order").

3. The Debtor, from the petition date through the date hereof, are indebted to KCC in the sum of $25,355.12 *plus amounts to be determined* (the "Administrative Claim Amount") under the terms of the KCC Order and the Agreement (as such term is defined in the KCC Order). The Administrative Claim Amount is an administrative expense of each of the Debtor's estate pursuant to the terms of the KCC Order, 28 U.S.C. § 156(c) and 11 U.S.C. § 503(b)(1)(A). See attached Exhibit A for a listing of outstanding invoices.

1

Case 10-32725-bam    Doc 124    Entered 07/22/11 16:29:59    Page 2 of 3

4. KCC hereby asserts and requests immediate payment of the Administrative Claim Amount. KCC reserves the right to amend or withdraw this Administrative Claim and/or to file additional claims and requests for payment should circumstances arise that would support such claims and requests.

$ 25,355.12 *plus amounts to be determined*
Total Administrative Claim Amount

Name of Creditor: KURTZMAN CARSON CONSULTANTS LLC

Dated: July 18, 2011

Drake Foster
General Counsel
2335 Alaska Avenue
El Segundo, CA  90245
(310) 823-9000

2

# **EXHIBIT A**

*Kurtzman Carson Consultants LLC*
*Customer Balance*

| Invoice Number | Date | Amount |
|---|---|---|
| US_KCC347618 | 1/19/2011 | $20,242.04 |
| US_KCC353086 | 3/1/2011 | $3,204.32 |
| US_KCC358584 | 3/17/2011 | $236.41 |
| US_KCC363961 | 4/14/2011 | $525.48 |
| US_KCC369622 | 5/16/2011 | $755.73 |
| US_KCC375466 | 6/15/2011 | $391.14 |
| **Total** | | **$25,355.12** |

3