LISOWSKI LAW FIRM, CHTD.
James F. Lisowski, Sr., Esq.
Nevada Bar No.: 4321
1661 East Flamingo Road
Suite 5-A
Las Vegas, Nevada 89119
Email: lisowskilaw@aol.com
Phone: (702) 737-6111
Fax:    (702) 737-6112
Attorneys for Ad Systems Communications, Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>AD SYSTEMS COMMUNICATIONS, INC.<br><br>Debtor. | CASE NO.:   BK-S-10-32725 BAM<br>Chapter 11<br><br>Date of Hearing: OST Pending<br>Time of Hearing: OST Pending<br>Place: Courtroom No. 3, Third Floor<br>         Foley Federal Building<br>         300 Las Vegas Blvd., S.<br>         Las Vegas, NV 8101 |

### NOTICE OF WITHDRAWAL OF MOTION TO DISMISS CHAPTER 7 BANKRUPTCY PETITION

TO:   BANKRUPTCY COURT CLERK

TO:   ALL INTERESTED PARTIES

YOU AND EACH OF YOU, WILL PLEASE TAKE NOTICE that the MOTION TO DISMISS CHAPTER 7 BANKRUPTCY PETITION is hereby withdrawn.

DATED this 5TH Day of August, 2011.

Respectfully Submitted:

By: _____
JAMES F. LISOWSKI, SR.
James F. Lisowski, Sr., Esq.
Nevada Bar No.: 4321
1661 East Flamingo Road
Suite 5-A
Las Vegas, Nevada 89119
Phone: (702) 737-6111
Fax: (702) 737-6112

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Notice of Withdrawal of MOTION TO DISMISS CHAPTER 7 BANKRUPTCY PETITION was served on _August 5, 2011_ 2011, by placing a true and correct copy of same in a sealed envelope with sufficient first-class postage prepaid thereon the ensure delivery and placed in the U.S. Mail at Las Vegas, Nevada, addressed to:

US Trustee
USTPRegion17.LV.ECF@usdoj.gov

DATED this _5_ day of _August_, 2011.

_Leah Roberts_
An employee of James F. Lisowski, Sr., Trustee