LISOWSKI LAW FIRM, CHTD.  E-FILED on August 5, 2011
James F. Lisowski, Sr., Esq.
Nevada Bar No.: 4321
1661 East Flamingo Road
Suite 5-A
Las Vegas, Nevada 89119
Email: lisowskilaw@aol.com
Phone: (702) 737-6111
Fax:   (702) 737-6112

Attorneys for Ad Systems Communications, Inc.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> AD SYSTEMS COMMUNICATIONS, INC. <br><br><br> Debtor. | CASE NO.:   BK-S-10-32725 BAM <br> Chapter 11 <br><br> Date of Hearing:  OST Pending <br> Time of Hearing:  OST Pending <br> Place: Courtroom No. 3, Third Floor <br>        Foley Federal Building <br>        300 Las Vegas Blvd., S. <br>        Las Vegas, NV 8101 |

**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME**

As required by the Court under LR 9006, my office has provided notice or attempted to provide notice to the following parties, or their counsel, of the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| Name <br><br> (Party Represented) | How and When <br><br> (Date Notice Provided) | Agree | Disagree | Did Not Respond |
|---|---|---|---|---|
| US TRUSTEE - LV-11 <br> 300 Las Vegas Boulevard So. <br> Ste # 4300 <br> Las Vegas, NV 89101 <br> Telephone: 388-6600 | Telephone message for Micah Bloom on 08/02/11 | | | X |

| | | | | |
|---|---|---|---|---|
| Thomas H. Fell, Esq.<br>GORDON SILVER<br>3960 Howard Hughes Pkwy 9th Floor<br>Las Vegas, Nevada 89169<br>Telephone: 769-5555<br>Fax: 369-2666<br>Attorney for MegAvail, Inc. | E-mailed Mr. Fell with copies of the Motion to Dismiss Chapter 7 Bankruptcy, Affd of JFL in Support of OST, Exparte Motion for OST on 08/02/11.<br>tfell@gordonsilver.com | X | | |
| J. Michael Heil, Debtor in Possession<br>38888 Ridge Drive<br>Scio, OR 97374<br>Telephone:541-974-0204<br>Fax: 503-339-8062<br>jmheil@gmail.com | E-mailed Mr. Heil with copies of the Motion to Dismiss Chapter 7 Bankruptcy, Affd of JFL in Support of OST, Exparte Motion for OST and Affidavit of J. Michael Heil on 08/02/11.<br>jmheil@gmail.com | X | | |

DATED this 5th day of August, 2011.

Respectfully Submitted,
LISOWSKI LAW FIRM, CHTD.

By: _____
JAMES F. LISOWSKI, SR., ESQ.
Nevada Bar No.: 4321
1661 East Flamingo Rd., Suite #5-A
Las Vegas, Nevada 89119
(702) 737-6111