

**Entered on Docket**
**August 24, 2011**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:                                                    )    Case No.: BK-S-10-32725-BAM
                                                              )
AD SYSTEMS COMMUNICATIONS INC.,  )    Chapter 11
                                                              )
       Debtor.                                      )
                                                              )    Date:       August 30, 2011
                                                              )    Time:      10:00 a.m.
_____  )    Courtroom:  3
                                                              )

### ORDER CONTINUING STATUS HEARING AND SANCTIONING COUNSEL

A status conference was held on August 23, 2011 in this chapter 11 bankruptcy case. Counsel for Debtor, James F. Lisowski, Sr., failed to appear as required.

The court hereby continues the status hearing to **August 30, 2011 at 10:00 a.m.** in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, in Courtroom 3 before Judge Bruce A. Markell.

Furthermore, the court hereby imposes on Mr. Lisowski a fine for non-appearance in the amount of $150. The court will remit this fine if Mr. Lisowski appears as required at the continued hearing.

Copies sent to:

CM/ECF ELECTRONIC NOTICING

BNC MAILING MATRIX

# # #