Entered on Docket
September 20, 2011

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

LISOWSKI LAW FIRM. CHTD.
James F. Lisowski, Sr., Esq.
Nevada Bar No.: 4321
1661 East Flamingo Road
Suite 5-A
Las Vegas, Nevada 89119
Email: lisowskilaw@aol.com
Phone: (702) 737-6111
Fax:   (702) 737-6112

Attorneys for AD SYSTEMS COMMUNICATIONS, INC.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.: BK-S-10-32725 BAM |
| AD SYSTEMS COMMUNICATIONS, INC. | Chapter 11 |
| Address: | Date of Hearing: September 13, 2011 |
| | Time of Hearing: 10:00 a.m. |
| Debtor. | |

### ORDER GRANTING DISMISSAL OF CHAPTER 11 BANKRUPTCY PETITION

This matter coming on for hearing on the 13th Day of September, 2011 at 10:00 a.m., upon the motion of the Debtor, Ad Systems Communications, Inc.; the Debtor having appeared by and through its attorneys, The Lisowski Law Firm, Chtd.; Administrative Creditor, The Schwartz Law Firm, Inc. having appeared by and through Samuel Schwartz, Esq.; Administrative Creditor, Kurtzman Carson Consultants, LLC, having appeared by and through it's attorney, Drake D. Foster, Esq.; Creditor, MegAvail, Inc. having appeared by and through it's attorney, Thomas Fell, Esq. of

of Gordon & Silver, Ltd.; the Court having reviewed the motion, limited opposition thereto and the Debtor's reply; having entertained oral argument; including the representation of counsel that the dismissal of the Chapter 11 case was agreed upon among the parties based on the Debtor's agreement to pay KCC and SLF $6,000.00 per month, for 11 months, with a stub payment of $3,406.07 in the 12th month, payable to SLF and is satisfaction of KCC's and SLF's administrative claims; and the Court being well and sufficiently advised as to all matters thereto Orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this Chapter 11 Bankruptcy case is dismissed.

**IT IS SO ORDERED.**

Respectfully Submitted:

By: /s/ James F. Lisowski, Sr.
JAMES F. LISOWSKI, SR., ESQ.
Nevada Bar No. 4321
1661 E. Flamingo Road, Suite 5A
Las Vegas, NV 89119
Phone: (702) 737-6111

Approved/Disapproved:
THE SCHWARTZ LAW FIRM, INC.

_____
SAMUEL A. SCHWARTZ, ESQ.
Nevada Bar No.: 010985
701 East Bridger Avenue
Suite 120
Las Vegas, Nevada 89101

Approved/Disapproved:
GORDON & SILVER, LTD.

/s/THOMAS H. FELL, ESQ.\_\_\_
Thomas H. Fell, Esq.
Nevada Bar No 003717
3960 Howard Hughes Pky, 9th Floor
Las Vegas, Nevada 89169
    Counsel for MegAvail, Inc.

Approved/Disapproved:

/s/DRAKE D. FOSTER, ESQ.\_\_\_\_\_
DRAKE D. FOSTER, ESQ.
California Bar No:211522
2335 Alaska Avenue
El Segundo, CA 90245
    General Counsel for
    Kurtzman Carson Consultants, LLC

of Gordon & Silver, Ltd.; the Court having reviewed the motion, limited opposition thereto and the Debtor's reply; having entertained oral argument; including the representation of counsel that the dismissal of the Chapter 11 case was agreed upon among the parties based on the Debtor's agreement to pay KCC and SLF $6,000.00 per month, for 11 months, with a stub payment of $3,406.07 in the 12th month, payable to SLF and is satisfaction of KCC's and SLF's administrative claims; and the Court being well and sufficiently advised as to all matters thereto Orders as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this Chapter 11 Bankruptcy case is dismissed.

IT IS SO ORDERED.

Respectfully Submitted:

By: _____
JAMES F. LISOWSKI, SR., ESQ.
Nevada Bar No. 4321
1661 E. Flamingo Road, Suite 5A
Las Vegas, NV 89119
Phone: (702) 737-6111

Approved/Disapproved:
THE SCHWARTZ LAW FIRM, INC.

_____ #10062
SAMUEL A. SCHWARTZ, ESQ.
Nevada Bar No.: 010985
701 East Bridger Avenue
Suite 120
Las Vegas, Nevada 89101

Approved/Disapproved:

_____
DRAKE D. FOSTER, ESQ.
California Bar No:211522
2335 Alaska Avenue
El Segundo, CA 90245
        General Counsel for
        Kurtzman Carson Consultants, LLC

Approved/Disapproved:
GORDON & SILVER, LTD.

_____
Thomas H. Fell, Esq.
Nevada Bar No 003717
3960 Howard Hughes Pky, 9th Floor
Las Vegas, Nevada 89169
        Counsel for MegAvail, Inc.

<u>In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):</u>

___  The Court has waived the requirement set forth in LR 9021(b)(1).

___  No party appeared at the hearing or filed an objection to the motion, and there is no other trustee appointed in the case.

___  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

|   | Approved | Disapproved | Failed to Respond |
|---|---|---|---|
| Samuel A. Schwartz, Esq. | ✓ |   |   |
| Drake D. Foster, Esq. | ✓ |   |   |
| Thomas H. Fell, Esq. | ✓ |   |   |

___  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###